1   MADELINE L. BUTY  [SBN 157186]
    BUTY & CURLIANO LLP
2   555 City Center
    555 – 12th Street, Suite 1280
3   Oakland, CA 94607
    Tel:  510.267.3000
4   Fax:  510.267.0117
    E:    mlb@butycurliano.com
5
    Attorneys for Defendant:
6   BAE SYSTEMS SAN DIEGO SHIP REPAIR INC.
    [formerly known as SOUTHWEST MARINE, INC.]    E-filing
7

FILED

JUN – 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA          EDL

10

11  WILLIAM MATTHIS, JR.,              C '07    2866
                                       )
12                  Plaintiff,         )
                                       )   BAE SYSTEMS SAN DIEGO SHIP
13      v.                             )   REPAIR INC.'S NOTICE OF
                                       )   REMOVAL UNDER 28 U.S.C.
14  ASBESTOS DEFENDANTS (B◊P),         )   SECTION 1442(a)(1)
                                       )
15                  Defendants.        )
                                       )
16  ─────────────────────────────────

17

18  TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN

19  DISTRICT OF CALIFORNIA:

20          PLEASE TAKE NOTICE that defendant BAE SYSTEMS SAN DIEGO SHIP REPAIR

21  INC., (formerly known as SOUTHWEST MARINE, INC., but hereinafter referred to as "BAE"),

22  hereby petitions for removal of the above-entitled action from the Superior Court of the State of

23  California, in and for the City and County of San Francisco, to this Court pursuant to 28 U.S.C.

24  §§1442(a)(1) and 1446. This action is a civil action over which this Court has subject matter

25  jurisdiction under 28 U.S.C. § 1331, as the action arises under the Constitution, laws, or treaties of

26  the United States within the meaning of that statute by virtue of plaintiff's attempt to adjudicate

27  claims with respect to persons acting under an officer of the United States pursuant to 28 U.S.C. §

28  1442(a)(1). The grounds for removal are as follows:

BUTY & CURLIANO LLP
ATTORNEYS AT LAW
555 CITY CENTER
555 – 12th STREET
SUITE 1280
OAKLAND CA 94607
510.267.3000

1

BAE SYSTEMS SAN DIEGO SHIP REPAIR INC.'S NOTICE OF REMOVAL

1    1.    On April 2, 2007, plaintiff filed a civil action in the Superior Court for the State of California in and for the County of San Francisco entitled *William Matthis, Jr. v. Asbestos Defendants (B◊P)*, Case No. 274138 alleging personal injury - asbestos.  BAE was personally served with the Summons and Complaint and a Preliminary Fact Sheet on May 4, 2007.  The documents served on BAE are attached hereto as Exhibit A.

2.    The Complaint does not identify the specific vessel or vessels on which plaintiff worked which allegedly caused plaintiff to be exposed to asbestos.  However, plaintiff's Complaint states the exposure occurred at a BAE facility, (then known as Southwest Marine, Inc.) on an unidentified Navy vessel which work allegedly involved asbestos or asbestos containing products which allegedly caused and/or contributed to plaintiff's subsequent injury.  The only ship on which plaintiff claims to have worked during the relevant time was "one unknown Navy ship."  As such, the only claim of exposure as to BAE would relate to a Naval vessel.

3.    According to plaintiff's interrogatory responses, plaintiff was employed by Owens-Corning Fiberglas at Southwestern Marine in San Diego.  While working at this site, he worked on one unidentified Navy vessel installing insulation on pipes.  A true and correct copy of plaintiff's Response to Defendants' Standard Interrogatories, Set One, is attached hereto as Exhibit B.  Work performed on Naval and/or military vessels complied with all specifications and military requirements, including NAVSEA and NAVSHIPS regulations.

4.    28 U.S.C. § 1446(b) provides that where the case stated by the original pleading is not removable, a Notice of Removal must be filed within 30 days of receipt by the defendant of "other paper from which it may first be ascertained that the cause is one which is or has become removable."  The elements of removability must be "specifically indicated" in the pleading or other "official paper" before the 30-day period begins to run.  *Riggs v. Continental Baking Co.* (N.D. Cal. 1988) 678 F.Supp. 236, 238.  The allegations in the Complaint, along with plaintiff's Responses to Standard Asbestos Case Interrogatories arguably put BAE on notice that plaintiff's action was removable within the meaning of section 1446(b).  BAE is, as required, filing this Notice of Removal within thirty days after receipt of its first notice of the removability of the action.

5.    Plaintiff's Complaint claims BAE is liable for plaintiff's alleged asbestos-related

IUTY & CURLIANO LLP
ATTORNEYS AT LAW
555 CITY CENTER
555 – 12ᵗʰ STREET
SUITE 1280
OAKLAND CA 94607
510 267 3000

2

BAE SYSTEMS SAN DIEGO SHIP REPAIR INC.'S NOTICE OF REMOVAL

injuries on theory of premises owner/contractor liability. The purported basis of the claim against BAE is as a premises owner and for its alleged work on a Naval vessel on which plaintiff also worked.

6.    BAE is entitled to remove this matter under 28 U.S.C. § 1442(a)(1) because BAE was acting under the direction of the United States Navy, United States military and/or federal officers of the United States within the meaning of 28 U.S.C. § 1442(a)(1) in working onboard any Navy vessel on which plaintiff claims exposure. *Mesa v. California* (1989) 489 U.S. 121, 103 L.Ed.2d 99, 109 S. Ct. 959; *Pack v. ACandS, Inc.* (D. Md. 1993) 838 F.Supp. 1099, 1101. Since BAE performed work on a military vessel on which plaintiff worked, and such work was responsible for his injuries, said work was performed pursuant to contracts and specifications executed by an officer of the United States, including the United States Navy or under the direction and control of officers of the United States.

7.    On the Navy vessels, BAE's work was performed pursuant to mandatory comprehensive and detailed specifications, plans and/or other drawings that were created, approved, and accepted by the United States Military and/or the United States Navy. Therefore, under the terms of its contract with the United States, BAE's work on these vessels was performed under the authority and control of officers of the United States.

8.    In *Fung v. Abex Corp.* (N.D. Cal 1993) 816 F. Supp. 569, the Court addressed the propriety of the removal of a case involving plaintiff's alleged exposure to asbestos while aboard submarines manufactured by General Dynamics. In denying plaintiff's Motion to Remand, the Court stated that to satisfy removal under 28 U.S.C. § 1442(a), General Dynamics must show that it "(1) acted under the direction of a federal officer, (2) raised a federal defense to plaintiff's claims, and (3) demonstrated a causal nexus between plaintiff's claims and the acts it performed under color of federal office." *Id.* at 571-72.

9.    During all phases of BAE's work on a Navy vessel pursuant to United States contracts and specifications, BAE performed its work under the control and supervision of officers of the United States Military including, but not limited to, Maritime Commission and/or the United States Navy. Moreover, BAE has asserted a federal defense to this action: immunity from liability

BUTY & CURLIANO LLP
ATTORNEYS AT LAW
555 CITY CENTER
555 – 12TH STREET
SUITE 1280
OAKLAND CA 94607
510.267.3000

3

BAE SYSTEMS SAN DIEGO SHIP REPAIR INC.'S NOTICE OF REMOVAL

1
2
3
4
5
6
7

for injuries arising from any exposure to asbestos on the vessel, worked on by BAE and upon which plaintiff worked. See *Boyle v. United Technologies Corp.* (1988) 487 U.S. 500, 101 L.Ed.2d 442, 108 S. Ct. 2510; *Niemann v. McDonnell Douglas Corp.* (S.D. Ill. 1989) 721 F.Supp. 1019. Since BAE has raised a proper claim of having acted under color of a federal officer or agency in its work on the vessel upon which plaintiff claims exposure, removal of this civil action pursuant to 28 U.S.C. § 1442(a)(1) is proper. See *Williams v. Brooks* (5th Cir. 1991) 945 F. 2d 1322, 1325 fn.2.

8
9

10.     Should plaintiff file a Motion to Remand this case, BAE respectfully requests an opportunity to respond more fully in writing, including the submission of affidavits and authorities.

10
11
12
13
14

11.     BAE is not required to notify and obtain the consent of any other defendant in this action in order to remove plaintiff's action as a whole under 28 U.S.C. §1442(a)(1). *Ely Valley Mines, Inc. v. Hartford Accident & Indemnity Co.* (9th Cir. 1981) 644 F.2d 1310, 1315. The existence of a single removable claim allows removal of the entire action. *National Audubon Society v. Department of Water & Power of Los Angeles* (E.D.Cal. 1980) 496 F. Supp. 499, 509.

15
16
17
18
19

12.     Notice of this removal has been filed with the State Court and provided to all adverse parties pursuant to 28 U.S.C. § 1446(d). A Notice of Tag-Along Action, identifying the coordinated pretrial proceedings in the Eastern District of Pennsylvania (In re Asbestos Products Liability Litigation, MDL Docket No. 875) to which this case may be transferred, will be filed with this Court.

20

WHEREFORE, BAE respectfully requests that this action be removed to this Court.

21

DATED:  June 1, 2007                          BUTY & CURLIANO LLP

22
23

By _Madeline Buty_

MADELINE L. BUTY
Attorneys for Defendant
BAE SYSTEMS SAN DIEGO SHIP REPAIR INC.

24
25
26
27
28

BUTY & CURLIANO LLP
ATTORNEYS AT LAW
555 CITY CENTER
555 – 12TH STREET
SUITE 1280
OAKLAND CA 94607
510.267.3000

4

# EXHIBIT A

1  DAVID R. DONADIO, ESQ., S.B. #154436
   ERIC C. SOLOMON, ESQ., S.B. #119131
2  BRAYTON❖PURCELL LLP
   Attorneys at Law
3  222 Rush Landing Road
   P.O. Box 6169
4  Novato, California  94948-6169 **CASE MANAGEMENT CONFERENCE SET**
   (415) 898-1555
5
   Attorneys for Plaintiff         APR 1 7 2008   -1:30PM
6
7                          DEPARTMENT 206
8              SUPERIOR COURT OF CALIFORNIA
9              COUNTY OF SAN FRANCISCO
10
11  WILLIAM MATTHIS, JR.,          )     **ASBESTOS**
                                    )     No.
12            Plaintiff,            )     **C G C - 0 7 - 2 7 4 1 3 8**
                                    )     COMPLAINT FOR PERSONAL INJURY -
13  vs.                             )     ASBESTOS
                                    )
14  ASBESTOS DEFENDANTS (B❖P)       )
    As Reflected on Exhibits B, B-1, C, H,  )
15  I; and DOES 1-8500; and SEE     )
    ATTACHED LIST.                  )
16

17        1.      Plaintiff WILLIAM MATTHIS, JR. was born October 30, 1955.

18        2.      The ©Brayton❖Purcell Master Complaint for Personal Injury [and Loss of

19  Consortium]- Asbestos (hereinafter "Master Complaint") was filed January 2, 2003, in San

20  Francisco Superior Court. A copy of the Master Complaint and General Order No. 55 may be

21  obtained upon request from Brayton❖Purcell, and designated portions of the Master Complaint

22  are incorporated by reference herein pursuant to the authority conferred by General Order No. 55.

23  Plaintiff's claims are as set forth in said Master Complaint against defendants herein as follows:

24  ///

25  ///            THIS CASE IS SUBJECT TO
                   MANDATORY ELECTRONIC FILING
26  ///            PURSUANT TO AMENDED G.O. 158

27

28

ENDORSED
F I L E D
San Francisco County Superior Court

APR − 2 2007

GORDON PARK-LI, Clerk
BY:_____ PARAM NATT
                    Deputy Clerk

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P.O. BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

K:\Injured\104205\cmp-pip.wpd                    1
COMPLAINT FOR PERSONAL INJURY - ASBESTOS

1

2

3    BUCYRUS INTERNATIONAL, INC.
     BECHTEL CORPORATION (DE)
4    SEQUOIA VENTURES, INC.
     CROWN CORK & SEAL COMPANY, INC.
5    THOMAS DEE ENGINEERING CO., INC.
     GARLOCK SEALING TECHNOLOGIES, LLC
6    GENERAL ELECTRIC COMPANY
     OWENS-ILLINOIS, INC.
7    PARKER-HANNIFIN CORPORATION
     PLANT INSULATION COMPANY
8    QUINTEC INDUSTRIES, INC.
     RAPID-AMERICAN CORPORATION
9    THORPE INSULATION COMPANY
     UNIROYAL HOLDING, INC.
10   VIACOM, INC.
     WESTERN MacARTHUR COMPANY
11   MacARTHUR COMPANY
     WESTERN ASBESTOS COMPANY
12   HONEYWELL INTERNATIONAL, INC.
     DAIMLERCHRYSLER CORPORATION
13   FORD MOTOR COMPANY
     GENERAL MOTORS CORPORATION
14   INTERNATIONAL TRUCK & ENGINE CORPORATION
     MAZDA NORTH AMERICAN OPERATION
15   CSK AUTO, INC.
     GOODLOE E. MOORE INC
16   HOOKER INDUSTRIES, INC.
     NATIONAL STEEL AND SHIPBUILDING COMPANY
17   HOPEMAN BROTHERS, INC.
     J.T. THORPE & SON, INC.
18   SOUTHWEST MARINE, INC.
     CHEVRON PRODUCTS COMPANY
19   CHEVRON U.S.A., INC.
     PACIFIC GAS & ELECTRIC COMPANY
20   SOUTHERN CALIFORNIA EDISON COMPANY
     METROPOLITAN LIFE INSURANCE COMPANY
21   GATKE CORPORATION
     AMERICAN CONFERENCE OF GOVERNMENTAL INDUSTRIAL HYGIENISTS, INC.
22   UNDERWRITERS LABORATORIES, INC.
     PNEUMO ABEX LLC
23   and DOES 1-8500,

24        Defendants.

25

26

27   <u>William Matthis, Jr. vs. Asbestos Defendants (B✜P)</u>
28   San Francisco Superior Court

BRAYTON✜PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P.O. Box 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

DEFENDANTS* ON EXHIBITS:

| Cause of Action | B | B-1 | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First (Negligence) | ☒ | ☒ | | | | | | | | | □ | □ | □ |
| Second (Strict Liability) | ☒ | ☒ | ☒ | | | | | | | | □ | □ | □ |
| Third (False Representation) | ☒ | ☒ | ☒ | | | | | | | | | | |
| Fourth (Loss of Consortium) | □ | □ | | | | | | | | | | | |
| Fifth (Premises Owner/Contractor Liability) | | | ☒ | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ |
| Sixth, Seventh, Eighth (Unseaworthiness, Negligence [Jones Act], Maintenance and Cure) | | | ☒ | □ | | | | | | | | | |
| Ninth (Longshore and Harbor Workers Compensation Act [LHWCA]) | | | | | □ | | | | | | | | |
| Tenth, Eleventh (F.E.L.A.) | | | | | | □ | | | | | | | |
| Twelfth, Thirteenth (Respiratory Safety Devices) | | | | | | | □ | | | | | | |
| Fourteenth, Fifteenth (Brake Shoe Grinding) | | | | | | | □ | | | | | | |
| Sixteenth (Concert of Action) | | | | | | | | ☒ | | | | | |
| Seventeenth, Eighteenth (Fraud, Deceit/Negligent Misrepresentation/Concealment) | | | | | | | | | ☒ | | | | |
| Nineteenth (Fraud/Deceit/Intentional Misrepresentation) | | | | | | | | | | □ | | | |
| Twentieth (Fraud/Deceit - Kent) | | | | | | | | | | | □ | | |

*and their alternate entities as set forth in the Master Complaint or on any Exhibit.

1     3.     Plaintiff's asbestos-related injury, date of diagnosis, employment status, and

2   history of exposure to asbestos are as stated on Exhibit A.

3     4.     Plaintiff's claims against defendant VIACOM, INC. (successor by merger to

4   CBS CORPORATION which is successor-in-interest to WESTINGHOUSE ELECTRIC

5   CORPORATION) exclude military and federal government jobsites.

6   Dated: 4|1|07                          BRAYTON❖PURCELL LLP

7

8                                          By: _____

9                                             David R. Donadio
                                              Attorneys for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

K:\Injuren\104205\cmp-pip.wpd                          3
COMPLAINT FOR PERSONAL INJURY - ASBESTOS

1

## EXHIBIT A

2    Plaintiff's exposure to asbestos and asbestos-containing products occurred at various

3    locations both inside and outside the State of California, including but not limited to:

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Neighborhood Youth Corp. San Diego, CA | Naval Base 32nd Street San Diego, CA | Mechanic (Helper) | 6/1973-9/1973 |
| US Army | Ford Ord Monterey, CA | Private | 3/3/1974-4/1974 (6 weeks) |
| | US Army Fort Sill Lawton, OK | Private (E2) | 4/1974-mid-May 1974 (6 weeks) |
| | US Army Fort Hood Army Base Killeen, TX | Artilleryman | mid-May 1974-3/3/1977 |
| National Steel & Shipbuilding | National Steel & Shipbuilding, San Diego, CA 2 unknown LSD naval ships | Welder | 10/1977-3/1979 |
| Thorpe Insulation | Naval Repair Facility 32nd Street Annex San Diego, CA 1 unknown naval ship | Insulator | 3/1979- 7/1979 (1 month) |
| | Thorpe Insulation Shop, Carson, CA | | (3 months) |
| Thorpe Insulation | San Onofre Nuclear Power Plant (SCE), CA | Insulator | 8/1979 (3 weeks) |
| Owens-Corning Fiberglas | National Steel & Shipbuilding, San Diego, CA 6-7 ships | Insulator | 1979-1980; 1983; 1985 (on/off: about 4 years total) |
| | ST. WORTH (MA-299) | | |
| | EXXON VALDEZ (1986) | | |

27    ///

28    ///

EXHIBIT A (cont'd.)

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Owens-Corning Fiberglas | Naval Repair Facility North Island San Diego, CA 3-4 aircraft carriers | Insulator | 1979-1985 |
| | RANGER (CVA-61) | | |
| | KITTY HAWK (CVA-63) | | |
| | CONSTELLATION (CVA-64) | | |
| Owens-Corning Fiberglas | Naval Repair Facility 32nd Street Annex San Diego, CA 4 unknown navy ships | Insulator | 1979-1985 |
| Owens-Corning Fiberglas | Southwest Marine San Diego, CA 1 unknown navy ship | Insulator | 1979-1985 |
| Desco Insulation | San Onofre Nuclear Power Plant (SCE), CA | Insulator | approximately 1981-1983 (3-4 months) |
| Thorpe Insulation | | | (approximately 6 months) |
| Owens-Corning Fiberglas | | | (4 months) |
| AC & S Insulation or Metalclad | Unknown Power Plant Newport Beach, CA | Insulator | 1981 or 1982 |
| P.W. Stevens | US Post Office Los Angeles | Insulator | 1983 |
| AC & S or Metalclad | Los Angeles Department of Water and Power, Los Angeles, CA | Insulator | 1984 |
| Metalclad | San Onofre Nuclear Power Plant (SCE), CA | Insulator | mid-1980s |
| Bechtel | San Onofre Nuclear Power Plant (SCE), CA | Insulator | mid-1980s |
| Thorpe Insulation | PG & E Diablo Canyon Powerhouse CA | Insulator | mid-1980s |

///

EXHIBIT A

1          EXHIBIT A (cont'd.)

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Thorpe Insulation | Chevron Refinery Wilmington, CA | Insulator | 4/1985-6/1985 |
| | Chevron Refinery Shop, Wilmington, CA | | |
| Performance Contracting Inc. | National Steel & Shipbuilding, San Diego, CA | Insulator | 1/1986-3/1986; 5/1986-12/1986 |

NON-OCCUPATIONAL EXPOSURE:

FRICTION EXPOSURE:

1967 FORD GTO: Plaintiff purchased a used car in 1979 or 1980. During that same year, plaintiff replaced the original carburetor, original manifold, original header gaskets, and brakes. Plaintiff purchased a HOOKER HEADERS gasket kit. Plaintiff was assisted by cousin Henry Conwright, San Diego, California.

1981 MAZDA 626 Coupe: Plaintiff purchased this car new in 1981. Plaintiff replaced the original brakes and was assisted by cousin Henry Conwright, San Diego, California.

Plaintiff and his cousin, Henry Conwright, San Diego, California, purchased A.C. DELCO brakes for majority of the cars they worked on from KRAGEN, Euclid Avenue, San Diego, California; and AUTOZONE, Federal Boulevard, San Diego, California. Plaintiff currently contends that he was exposed to asbestos during these vehicle repairs.

Plaintiff's exposure to asbestos and asbestos-containing products caused severe and permanent injury to the plaintiff, including, but not limited to breathing difficulties, asbestosis, and/or other lung damage, and increased risk and fear of developing mesothelioma, lung cancer and various other cancers. Plaintiff was diagnosed with asbestosis on or about August 2006.

Plaintiff retired from his last place of employment as a result of becoming disabled due to both an illness and an injury not related to asbestos. He has therefore suffered no disability from his asbestos-related disease as "disability" is defined in California Code of Civil Procedure § 340.2.

EXHIBIT A

EXHIBIT B

DEFENDANTS

| | |
|---|---|
| BUCYRUS INTERNATIONAL, INC. | WESTERN MacARTHUR COMPANY |
| BECHTEL CORPORATION (DE) | MacARTHUR COMPANY |
| SEQUOIA VENTURES, INC. | WESTERN ASBESTOS COMPANY |
| CROWN CORK & SEAL COMPANY, INC. | HONEYWELL INTERNATIONAL, INC. |
| THOMAS DEE ENGINEERING CO., INC. | DAIMLERCHRYSLER CORPORATION |
| GARLOCK SEALING TECHNOLOGIES, LLC | FORD MOTOR COMPANY |
| GENERAL ELECTRIC COMPANY | GENERAL MOTORS CORPORATION |
| OWENS-ILLINOIS, INC. | INTERNATIONAL TRUCK & ENGINE |
| PARKER-HANNIFIN CORPORATION | CORPORATION |
| PLANT INSULATION COMPANY | MAZDA NORTH AMERICAN OPERATION |
| QUINTEC INDUSTRIES, INC. | CSK AUTO, INC. |
| RAPID-AMERICAN CORPORATION | GOODLOE E. MOORE INC |
| THORPE INSULATION COMPANY | HOOKER INDUSTRIES, INC. |
| UNIROYAL HOLDING, INC. | DOES 1-800 |
| VIACOM, INC. | |

ALTERNATE ENTITY

| | |
|---|---|
| BUCYRUS INTERNATIONAL, INC. | BUCYRUS-ERIE |
| | MARION POWER SHOVEL COMPANY, THE |
| | OSGOOD COMPANY |
| | GENERAL EXCAVATOR COMPANY |
| CROWN CORK & SEAL COMPANY, INC. | MUNDET CORK COMPANY |
| GARLOCK SEALING TECHNOLOGIES, LLC | GARLOCK, INC. |
| | COLTEC INDUSTRIES, INC. |
| | FAIRBANKS-MORSE |
| | FAIRBANKS MORSE ENGINES |
| | BELMONT PACKING & RUBBER CO. |
| | GARLOCK PACKING CO. |
| | U.S. GASKET CO. |
| | GOODRICH CORPORATION |
| | ENPRO INDUSTRIES, INC. |
| GENERAL ELECTRIC COMPANY | MATTERN X-RAY |
| | HOTPOINT ELECTRIC APPLIANCE COMPANY LIMITED |
| | TRUMBULL ELECTRIC MANUFACTURING COMPANY |
| | G E INDUSTRIAL SYSTEMS |
| | CURTIS TURBINES |
| | PARSONS TURBINES |
| | GENERAL ELECTRIC JET ENGINES |
| SEQUOIA VENTURES, INC. | BECHTEL CORPORATION (DE) |
| UNIROYAL HOLDING, INC. | UNIROYAL, INC. |

///

///                                                                EXHIBIT B

1

EXHIBIT B (cont'd.)

2

ALTERNATE ENTITY

3 VIACOM, INC.                           CBS CORPORATION
                                         WESTINGHOUSE ELECTRIC CORPORATION
4                                        WESTINGHOUSE ELECTRIC AND
                                           MANUFACTURING COMPANY
5                                        B.F. STURTEVANT
                                         KPIX TELEVISION STATION
6                                        PARAMOUNT COMMUNICATIONS, INC.

7 HONEYWELL INTERNATIONAL, INC.          HONEYWELL, INC.
                                         HONEYWELL CONTROLS
8                                        ALLIEDSIGNAL, INC.
                                         ALLIED-SIGNAL, INC.
9                                        THE BENDIX CORPORATION
                                         BENDIX PRODUCTS AUTOMOTIVE DIVISION
10                                       BENDIX PRODUCTS DIVISION, BENDIX AVIATION CORP.
                                         BENDIX HOME SYSTEMS
11                                       ALLIED CORPORATION
                                         ALLIED CHEMICAL CORPORATION
12                                       GENERAL CHEMICAL CORPORATION
                                         FRAM
13                                       FRICTION MATERIALS OF LOS ANGELES
                                         NORTH AMERICAN REFRACTORIES COMPANY
14                                       EM SECTOR HOLDINGS INC.
                                         UNIVERSAL OIL PRODUCTS COMPANY
15                                       BOYLSTON CORPORATION
                                         EHRHART & ASSOCIATES, INC.
16                                       EHRHART & ARTHUR, INC.
                                         GARRETT AIR RESEARCH CORP.
17                                       STANLEY G. FLAGG & CO.
                                         MERGENTHALER LINOTYPE COMPANY
18                                       ELTRA CORPORATION
                                         BUNKER RAMO-ELTRA CORPORATION

19

GENERAL MOTORS CORPORATION             NEW DEPARTURE
20                                       CHEVROLET
                                         A.C. DELCO CO.
21                                       BUICK AUTOMOTIVE CORPORATION
                                         CADILLAC
22                                       PONTIAC
                                         LaSALLE
23                                       OLDSMOBILE
                                         GM GOODWRENCH
24                                       ROCHESTER PRODUCTS DIVISION
                                         EUCLID ROAD MACHINERY CO.
25                                       FRIDGIDAIRE (for exposure pre 4/9/1979)

26 GOODLOE E. MOORE INC                  GEMCO INSULATION

27 HOOKER INDUSTRIES, INC.               HOOKER HEADERS, INC.

28 ///                                                               EXHIBIT B

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### EXHIBIT B (cont'd.)

#### ALTERNATE ENTITY

FORD MOTOR COMPANY

BRITISH LEYLAND MOTORS, INC.
BRITISH MOTOR CORPORATION
JAGUAR CARS, INC.
TRIUMPH
LINCOLN CONTINENTAL
AUSTIN HEALEY

CSK AUTO, INC.

KRAGEN AUTO SUPPLY CO.
NORTHERN AUTOMOTIVE CORPORATION
CHECKER AUTO PARTS, INC.
TBDPC CORPORATION
PACCAR AUTOMOTIVE, INC.
GRAND AUTO, INC.
AL'S AND GRAND AUTO SUPPLY, INC.
SCHUCK'S AUTO SUPPLY
TOPPS AUTOMOTIVE
TRAK AUTO PARTS

#### EXHIBIT B-1

#### DEFENDANTS

NATIONAL STEEL AND SHIPBUILDING COMPANY
HOPEMAN BROTHERS, INC.
J.T. THORPE & SON, INC.
THOMAS DEE ENGINEERING CO., INC.
DOES 1-800; DOES 1001-2000

#### ALTERNATE ENTITY

J.T. THORPE & SON, INC.

THE THORPE COMPANY
THORPE PRODUCTS CO.
J.T. THORPE NORTHWEST

EXHIBITS B, B-1

1                               EXHIBIT C

2    DEFENDANTS

3    SOUTHWEST MARINE, INC.                    HOPEMAN BROTHERS, INC.
     CHEVRON PRODUCTS COMPANY                  J.T. THORPE & SON, INC.
4    CHEVRON U.S.A., INC.                      THOMAS DEE ENGINEERING CO., INC.
     PACIFIC GAS & ELECTRIC COMPANY            PLANT INSULATION COMPANY
5    SOUTHERN CALIFORNIA EDISON COMPANY        THORPE INSULATION COMPANY
     NATIONAL STEEL AND SHIPBUILDING           WESTERN MacARTHUR COMPANY
6      COMPANY                                 MacARTHUR COMPANY
     BECHTEL CORPORATION (DE)                  WESTERN ASBESTOS COMPANY
7    SEQUOIA VENTURES, INC.                    DOES 1001-2000

8                               ALTERNATE ENTITY

9    CHEVRON PRODUCTS COMPANY        CHEVRON U.S.A. PRODUCTS COMPANY
                                     CHEVRON CORPORATION PRODUCTS COMPANY
10                                   CHEVRON CORPORATION
                                     CHEVRON OIL REFINERY
11                                   CHEVRON CHEMICAL COMPANY
                                     WILSHIRE OIL
12                                   STANDARD OIL COMPANY OF CALIFORNIA
                                     STANDARD OIL COMPANY OF CALIFORNIA,
13                                     WESTERN OPERATIONS, INC.
                                     GULF OIL COMPANY
14                                   GULF OIL OF CALIFORNIA
                                     GULF OIL CORPORATION
15                                   GULF OIL PRODUCTS COMPANY
                                     CHEVRON RESEARCH AND
16                                    TECHNOLOGY
                                     PACIFIC OIL REFINING
17                                   PACIFIC REFINING CO.
                                     SEQUOIA REFINING CORP.
18                                   CHEVRON U.S.A., INC.
                                     CHEVRON U.S.A. PRODUCTS, INC.
19
     SOUTHERN CALIFORNIA EDISON      EDISON INTERNATIONAL
20     COMPANY                       REDONDO BEACH POWERHOUSE
                                     ALAMITOS POWERHOUSE
21                                   HUNTINGTON BEACH POWERHOUSE
                                     ETIWANDA POWERHOUSE
22

23   PREMISES OWNER
     DEFENDANTS                 LOCATION                    TIME PERIOD
24
     SOUTHWEST MARINE, INC.     Southwest Marine, San Diego,   1979-1985
25                              CA

26   CHEVRON PRODUCTS           Chevron Refinery, Wilmington,  4/1985-6/1985
     COMPANY/CHEVRON U.S.A., INC.  CA; Chevron Refinery, Shop,
27                              Wilmington, CA

28   ///                                                    EXHIBIT C

EXHIBIT C (cont'd.)

| PREMISES OWNER DEFENDANTS | LOCATION | TIME PERIOD |
|---|---|---|
| PACIFIC GAS & ELECTRIC COMPANY | PG&E, Diablo Canyon Powerhouse, CA | Mid 1980s |
| SOUTHERN CALIFORNIA EDISON COMPANY | San Onofre Nuclear Power Plant (SCE), CA | 8/1979 (3 wks); Approx 1981-1983 (3-4 mos); Mid 1980s |

| CONTRACTOR DEFENDANTS | LOCATION | TIME PERIOD |
|---|---|---|
| NATIONAL STEEL AND SHIPBUILDING COMPANY | National Steel Shipbuilding, San Diego, CA ST. WORTH (MA-299) EXXON VALDEZ (1986) | 1979-1980; 1983; 1985 (on/off about 4 yrs total) |
| BECHTEL CORPORATION (DE)/SEQUOIA VENTURES, INC. | KITTY HAWK (CVA-63); RANGER (CVA-61); CONSTELLATION (CVA-64) | 1979-1985 |
| | San Onofre Nuclear Power Plant (SCE), CA | 8/1979 (3 wks); Approx. 1981-1983 (3-4 mos); Mid 1980s |
| | PG&E, Diablo Canyon Powerhouse, CA | Mid 1980s |
| HOPEMAN BROTHERS, INC. | Various | Various |
| J.T. THORPE & SON, INC. | Various | Various |
| THOMAS DEE ENGINEERING CO., INC. | Various | Various |
| PLANT INSULATION COMPANY | Various | Various |
| THORPE INSULATION COMPANY | Various | Various |
| WESTERN MacARTHUR COMPANY/MacARTHUR COMPANY/WESTERN ASBESTOS COMPANY | Various | Various |

EXHIBIT C

COMPLAINT FOR PERSONAL INJURY - ASBESTOS

1          EXHIBIT II

2   DEFENDANTS

3   METROPOLITAN LIFE INSURANCE COMPANY          STUART-WESTERN, INC.
    PNEUMO ABEX LLC                              RITESET MANUFACTURING COMPANY
4   BORGWARNER MORSE TEC, INC.                   ASBESTOS MANUFACTURING COMPANY
    HONEYWELL INTERNATIONAL, INC. (successor-in- FIBRE & METAL PRODUCTS COMPANY
5     interest to ALLIEDSIGNAL, INC.)            LASCO BRAKE PRODUCTS
    THE BUDD COMPANY                             L.J. MILEY COMPANY
6   DAIMLERCHRYSLER CORPORATION                  ROSSENDALE-RUBOIL COMPANY
    DANA CORPORATION                             SOUTHERN FRICTION MATERIALS COMPANY
7   FORD MOTOR COMPANY                           U.S. SPRING & BUMPER COMPANY
    GENERAL MOTORS CORPORATION                   AUTO FRICTION CORPORATION
8   BRIDGESTONE/FIRESTONE                        EMSCO ASBESTOS COMPANY
      NORTH AMERICAN TIRE, LLC                   FORCEE MANUFACTURING CORPORATION
9   LEAR SIEGLER DIVERSIFIED HOLDINGS CORP.      MOLDED INDUSTRIAL FRICTION CORPORATION
    MAREMONT CORPORATION                         NATIONAL TRANSPORT SUPPLY, INC.
10  MORTON INTERNATIONAL, INC.                   SILVER LINE PRODUCTS, INC.
    PARKER-HANNIFIN CORPORATION                  STANDCO, INC.
11  STANDARD MOTOR PRODUCTS, INC.                UNIVERSAL FRICTION MATERIALS COMPANY
    GATKE CORPORATION                            WHEELING BRAKE BLOCK  MANUFACTURING
12  GARLOCK SEALING TECHNOLOGIES, LLC              COMPANY
    BRASSBESTOS BRAKE LINING COMPANY             OWENS-ILLINOIS, INC.
13  H. KRASNE MANUFACTURING COMPANY              BELL ASBESTOS MINES LTD.
    AUTO SPECIALTIES MANUFACTURING COMPANY   DOES5000-8000

14

15

16

17          EXHIBIT I

18  DEFENDANTS

19  METROPOLITAN LIFE INSURANCE COMPANY
    OWENS-ILLINOIS, INC.
20  PNEUMO ABEX LLC
    GATKE CORPORATION
21  GARLOCK SEALING TECHNOLOGIES, LLC
    AMERICAN CONFERENCE OF GOVERNMENTAL INDUSTRIAL HYGIENISTS, INC.
22  UNDERWRITERS LABORATORIES, INC.
    DOES5000-7500

23

24

25

26

27

28                                                          EXHIBITS II, I

1  DAVID R. DONADIO, ESQ., S.B. #154436
   BRAYTON❖PURCELL LLP
2  Attorneys at Law
   222 Rush Landing Road
3  P.O. Box 6169
   Novato, California 94948-6169
4  (415) 898-1555

5  Attorneys for Plaintiff

6

7

ENDORSED
FILED
San Francisco County Superior Court

APR ─ 2 2007

GORDON PARK-LI, Clerk
BY:_____ PARAM NATT
                        Deputy Clerk

8              **SUPERIOR COURT OF CALIFORNIA**

9              **COUNTY OF SAN FRANCISCO**

10

11  WILLIAM MATTHIS, JR.,              )    **ASBESTOS**
                                       )    No.
12           Plaintiff,               )        **C GC-07-274138**
                                       )
13  vs.                                )    **PRELIMINARY FACT SHEET/NEW**
                                       )    **FILING/ASBESTOS LITIGATION**
14  ASBESTOS DEFENDANTS (B❖P)          )
                                       )
15                                          (See General Order No. 129, In Re:
                                            Complex Asbestos Litigation)
16

17                              <u>NOTICE</u>

18  TO NEW DEFENDANTS SERVED IN COMPLEX ASBESTOS LITIGATION IN THE
    SUPERIOR COURT IN AND FOR THE STATE OF CALIFORNIA, CITY AND COUNTY OF
19  SAN FRANCISCO

20         You have been served with process in an action which has been designated by the Court
    as complex litigation pursuant to Standard 19 of the Standards of Judicial Administration. This
21  litigation bears the caption "In Re: Complex Asbestos Litigation", [San Francisco Superior
    Court No. 828684].
22
           This litigation is governed by various general orders, some of which affect the judicial
23  management and/or discovery obligations, including the responsibility to answer interrogatories
    deemed propounded in the case. You may contact the Court or Designated Defense Counsel,
24  Berry & Berry, P.O. Box 16070, 2930 Lakeshore Avenue, Oakland, CA 94610; Telephone:
    (510) 835-8330; FAX: (510) 835-5117, for further information and/or copies of these orders, at
25  your expense.

26  1. State the complete name and address of each person whose claimed exposure to asbestos is

27  the basis of this lawsuit ("exposed person"): <u>William Matthis, Jr., 1275 W. Oakland Avenue #D,</u>

28  <u>Hemet, California 92543.</u>

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

1  2. Does plaintiff anticipate filing a motion for a preferential trial date within the next four

2  months?  _____ Yes  _X_ No

3  [If yes, the action will be governed by General Order No. 140; if no, the action will be governed

4  by General Order No. 129.]

5  3. Date of birth of each exposed person in item one and, if applicable, date of death:

6  Date of Birth: __10/30/55__

7  Date of Death: ___N/A___

8  Social Security Number of each exposed person:

9  ____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____

10  4. Specify the nature or type of asbestos-related disease alleged by each exposed person.

11  __X__ Asbestosis  _____ Mesothelioma

12  _____ Pleural Thickening/Plaques  _____ Other Cancer: Specify: _____

13  _____ Lung Cancer Other Than Mesothelioma  _____ Other: Specify: _____

14  5. For purposes of identifying the nature of exposure allegations involved in this action, please

15  check one or more:

16  __X__ Shipyard  _____ Construction  __X__ Friction-Automotive

17  __X__ Premises  _____ Aerospace  __X__ Military

18  __X__ Other: Specify all that apply: _ Industrial/Refinery ___

19  If applicable, indicate which exposure allegations apply to which exposed person.

20  6. Identify each location alleged to be a source of an asbestos exposure, and to the extent known,

21  provide the beginning and ending year(s) of each such exposure. Also specify each exposed

22  person's employer and job title or job description during each period of exposure. (For example:

23  "San Francisco Naval Shipyard - Pipefitter - 1939-1948"). Examples of locations of exposure

24  might be a specific shipyard, a specific railroad maintenance yard, or perhaps more generalized

25  descriptions such as "merchant marine" or "construction". If an exposed person claims exposure

26  during only a portion of a year, the answer should indicate that year as the beginning and ending

27  year (e.g., 1947-1947).

28  ///

PRELIMINARY FACT SHEET/NEW FILING/ASBESTOS LITIGATION

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Neighborhood Youth Corp. San Diego, CA | Naval Base 32nd Street San Diego, CA | Mechanic (Helper) | 6/1973-9/1973 |
| US Army | Ford Ord Monterey, CA | Private | 3/3/1974-4/1974 (6 weeks) |
| | US Army Fort Sill Lawton, OK | Private (E2) | 4/1974-mid-May 1974 (6 weeks) |
| | US Army Fort Hood Army Base Killeen, TX | Artilleryman | mid-May 1974-3/3/1977 |
| National Steel & Shipbuilding | National Steel & Shipbuilding, San Diego, CA 2 unknown LSD naval ships | Welder | 10/1977-3/1979 |
| Thorpe Insulation | Naval Repair Facility 32nd Street Annex San Diego, CA 1 unknown naval ship | Insulator | 3/1979- 7/1979 (1 month) |
| | Thorpe Insulation Shop, Carson, CA | | (3 months) |

(Attach Additional Pages, If Necessary) SEE ATTACHED CONTINUATION

7. For each exposed person who:

a. worked in the United States or for a U.S. agency outside the territorial United States, attach to the copy of this fact sheet provided to Designated Defense Counsel a fully executed Social Security Earnings authorization (Exhibit N-4 to General Order No. 129);

b. may have had a Social Security disability award or is no longer employed and whose last employment was not with a United States government agency, attach to the copy of this fact sheet provided to Designated Defense Counsel a fully executed Social Security Disability authorization (Exhibit N-5 to General Order No. 129);

c. served at any time in the United States military, attach to the copy of this fact sheet provided to Designated Defense Counsel two fully executed originals of the stipulation (Exhibit N-3 to General Order No. 129);

1        d.  was employed by the United States government in a civilian capacity, attach to the

2 copy of this fact sheet provided to Designated Defense Counsel two fully executed originals of

3 the stipulation (Exhibit N-3 to General Order No. 129).

4 8.  If there is a wrongful death claim, attach to the copy of this fact sheet provided to Designated

5 Defense Counsel a copy of the death certificate, if available.  If an autopsy report was done, also

6 attach a copy of it to the copy of this fact sheet provided to Designated Defense Counsel.

7 9. State the date of the filing of the initial complaint in this matter:

8      April 2, 2007

9

10                         By:              Attorney for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4
PRELIMINARY FACT SHEET/NEW FILING/ASBESTOS LITIGATION

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Thorpe Insulation | San Onofre Nuclear Power Plant (SCE), CA | Insulator | 8/1979 (3 weeks) |
| Owens-Corning Fiberglas | National Steel & Shipbuilding, San Diego, CA 6-7 ships | Insulator | 1979-1980; 1983; 1985 (on/off: about 4 years total) |
| | ST. WORTH (MA-299) | | |
| | EXXON VALDEZ (1986) | | |
| Owens-Corning Fiberglas | Naval Repair Facility North Island San Diego, CA 3-4 aircraft carriers | Insulator | 1979-1985 |
| | RANGER (CVA-61) | | |
| | KITTY HAWK (CVA-63) | | |
| | CONSTELLATION (CVA-64) | | |
| Owens-Corning Fiberglas | Naval Repair Facility 32nd Street Annex San Diego, CA 4 unknown navy ships | Insulator | 1979-1985 |
| Owens-Corning Fiberglas | Southwest Marine San Diego, CA 1 unknown navy ship | Insulator | 1979-1985 |
| Desco Insulation | San Onofre Nuclear Power Plant (SCE), CA | Insulator | approximately 1981-1983 (3-4 months) |
| Thorpe Insulation | | | (approximately 6 months) |
| Owens-Corning Fiberglas | | | (4 months) |
| AC & S Insulation or Metalclad | Unknown Power Plant Newport Beach, CA | Insulator | 1981 or 1982 |
| P.W. Stevens | US Post Office Los Angeles | Insulator | 1983 |
| AC & S or Metalclad | Los Angeles Department of Water and Power, Los Angeles, CA | Insulator | 1984 |

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Metalclad | San Onofre Nuclear Power Plant (SCE), CA | Insulator | mid-1980s |
| Bechtel | San Onofre Nuclear Power Plant (SCE), CA | Insulator | mid-1980s |
| Thorpe Insulation | PG & E Diablo Canyon Powerhouse CA | Insulator | mid-1980s |
| Thorpe Insulation | Chevron Refinery Wilmington, CA | Insulator | 4/1985-6/1985 |
| | Chevron Refinery Shop, Wilmington, CA | | |
| Performance Contracting Inc. | National Steel & Shipbuilding, San Diego, CA | Insulator | 1/1986-3/1986; 5/1986-12/1986 |

NON-OCCUPATIONAL EXPOSURE:

FRICTION EXPOSURE:

1967 FORD GTO: Plaintiff purchased a used car in 1979 or 1980. During that same year, plaintiff replaced the original carburetor, original manifold, original header gaskets, and brakes. Plaintiff purchased a HOOKER HEADERS gasket kit. Plaintiff was assisted by cousin Henry Conwright, San Diego, California.

1981 MAZDA 626 Coupe: Plaintiff purchased this car new in 1981. Plaintiff replaced the original brakes and was assisted by cousin Henry Conwright, San Diego, California.

Plaintiff and his cousin, Henry Conwright, San Diego, California, purchased A.C. DELCO brakes for majority of the cars they worked on from KRAGEN, Euclid Avenue, San Diego, California; and AUTOZONE, Federal Boulevard, San Diego, California. Plaintiff currently contends that he was exposed to asbestos during these vehicle repairs.

CIV-050

**– ⊃O NOT FILE WITH THE COURT –**
**– UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 –**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):* | | |
|---|---|---|
| DAVID R. DONADIO, ESQ.  (Bar # 154436) <br> BRAYTON❖PURCELL LLP <br> 222 Rush Landing Road <br> Novato, California  94948-6169 <br> ATTORNEY FOR *(name)*:  Plaintiff(s) | TELEPHONE NO. <br> (415) 898-1555 <br> FAX NO. <br> (415) 898-1247 | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO

STREET ADDRESS:  400 McAllister Street
MAILING ADDRESS:
CITY AND ZIP CODE:  San Francisco  94102
BRANCH NAME:

PLAINTIFF:  WILLIAM MATTHIS, JR.
DEFENDANT:  ASBESTOS DEFENDANTS (B❖P)

| STATEMENT OF DAMAGES <br> (Personal Injury or Wrongful Death) | CASE NUMBER: <br> 274138 |
|---|---|

To *(name of one defendant only)*:  SOUTHWEST MARINE, INC.

Plaintiff *(name of one plaintiff only)*:  WILLIAM MATTHIS, JR.
seeks damages in the above-entitled action, as follows:

1. **General damages**
   AMOUNT
   a. ☒ Pain, suffering, and inconvenience ........................................... $ 250,000.00
   b. ☒ Emotional distress ................................................................ $ 50,000.00
   c. ☐ Loss of consortium ................................................................ $ _____
   d. ☐ Loss of society and companionship*(wrongful death actions only)* ......... $ _____
   e. ☐ Other *(specify)* ................................................................... $ _____
   f. ☐ Other *(specify)* ................................................................... $ _____
   g. ☐ Continued on Attachment 1.g.

2. **Special damages**
   a. ☒ Medical expenses *(to date)* ..................................................... $ 10,000.00
   b. ☒ Future medical expenses *(present value)* ..................................... $ 50,000.00
   c. ☐ Loss of earnings *(to date)* ...................................................... $ _____
   d. ☐ Loss of future earning capacity *(present value)* ............................ $ _____
   e. ☐ Property damage .................................................................. $ _____
   f. ☐ Funeral expenses *(wrongful death actions only)* ............................. $ _____
   g. ☐ Future contributions *(present value) (wrongful death actions only)* ....... $ _____
   h. ☐ Value of personal service, advice, or training *(wrongful death actions only)* ... $ _____
   i. ☒ Other *(specify)*  LOSS OF HOUSEHOLD SERVICES .......................... $ 50,000.00
   j. ☐ Other *(specify)* ................................................................... $ _____
   k. ☐ Continued on Attachment 2.k.

3. ☒ **Punitive damages:** Plaintiff reserves the right to seek punitive damages in the amount of *(specify)* ...... $ 2,500,000.00
   when pursuing a judgment in the suit filed against you.

Date:

▶ · /s/ David R. Donadio

David R. Donadio
(TYPE OR PRINT NAME)                    (SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)

Form Adopted for Mandatory Use <br> Judicial Council of California <br> CIV-050 [Rev. January 1, 2007]

**STATEMENT OF DAMAGES**
**(Personal Injury or Wrongful Death)**

Code of Civil Procedure, §§ 425.11, 425.115 <br> www.courtinfo.ca.gov

*LexisNexis® Automated California Judicial Council Forms*

**SUM-100**

# SUMMONS
## *(CITATION JUDICIAL)*

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

RECEIVED
MAY 0 4 2007
HR
By

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
ASBESTOS DEFENDANTS (B❖P)
As Reflected on Exhibits B, B-1, C, H, I; and DOES 1-8500;
**and SEE ATTACHED LIST.**

RECEIVED
GENERAL COUNSEL

MAY 4 - 2007

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

WILLIAM MATTHIS, JR.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.
Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
SAN FRANCISCO COUNTY SUPERIOR COURT
400 McAllister Street
San Francisco, CA  94102

CASE NUMBER:
*(Número del Caso):* **CGC-07-274138**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección de teléfono del abogado del demandante, o del demandante que no tien abogado, es)*
DAVID R. DONADIO, ESQ., STATE BAR NO. 154436
BRAYTON❖PURCELL LLP
222 Rush Landing Road,  Novato, CA  94948-6169          (415) 898-1555

DATE: APR - 2 2007  Gordon Park-Li    Clerk, by _____ P. NATT _____, Deputy
*(Fecha)*                                    *(Secretario)*                                                *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* Southwest Marine, Inc.
   under: ☒ CCP 416.10 (corporation)          ☐ CCP 416.60(minor)
              ☐ CCP 416.20 (defunct corporation)     ☐ CCP 416.70 (conservatee)
              ☐ CCP 416.40 (association of partnership)  ☐ CCP 416.90 (authorized person)
              ☐ other (specify):
4. ☒ by personal delivery on (date): 5-4-07

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465

BUCYRUS INTERNATIONAL, INC.
BECHTEL CORPORATION (DE)
SEQUOIA VENTURES, INC.
CROWN CORK & SEAL COMPANY, INC.
THOMAS DEE ENGINEERING CO., INC.
GARLOCK SEALING TECHNOLOGIES, LLC
GENERAL ELECTRIC COMPANY
OWENS-ILLINOIS, INC.
PARKER-HANNIFIN CORPORATION
PLANT INSULATION COMPANY
QUINTEC INDUSTRIES, INC.
RAPID-AMERICAN CORPORATION
THORPE INSULATION COMPANY
UNIROYAL HOLDING, INC.
VIACOM, INC.
WESTERN MacARTHUR COMPANY
MacARTHUR COMPANY
WESTERN ASBESTOS COMPANY
HONEYWELL INTERNATIONAL, INC.
DAIMLERCHRYSLER CORPORATION
FORD MOTOR COMPANY
GENERAL MOTORS CORPORATION
INTERNATIONAL TRUCK & ENGINE CORPORATION
MAZDA NORTH AMERICAN OPERATION
CSK AUTO, INC.
GOODLOE E. MOORE INC
HOOKER INDUSTRIES, INC.
NATIONAL STEEL AND SHIPBUILDING COMPANY ✓
HOPEMAN BROTHERS, INC. ✓
J.T. THORPE & SON, INC.
SOUTHWEST MARINE, INC. ✓
CHEVRON PRODUCTS COMPANY
CHEVRON U.S.A., INC.
PACIFIC GAS & ELECTRIC COMPANY
SOUTHERN CALIFORNIA EDISON COMPANY
METROPOLITAN LIFE INSURANCE COMPANY
GATKE CORPORATION
AMERICAN CONFERENCE OF GOVERNMENTAL INDUSTRIAL HYGIENISTS, INC.
UNDERWRITERS LABORATORIES, INC.
PNEUMO ABEX LLC
and DOES 1-8500,

    Defendants.

William Matthis, Jr. vs. Asbestos Defendants (B✤P)
San Francisco Superior Court

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| DAVID R. DONADIO, ESQ., STATE BAR NO. 154436 <br> BRAYTON✜PURCELL LLP <br> 222 Rush Landing Road <br> Novato, California 94948-6169 <br> TELEPHONE NO.: (415) 898-1555    FAX NO.: (415) 898-1247 <br> ATTORNEY FOR (NAME): Plaintiff(s) | **ENDORSED** <br> **FILED** <br> *San Francisco County Superior Court* <br><br> APR − 2 2007 <br><br> **GORDON PARK-LI, Clerk** <br> BY: _____ PARAMNATT <br> Deputy Clerk |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO |
|---|
| STREET ADDRESS: 400 McAllister Street |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: San Francisco, CA 94102 |
| BRANCH NAME: |

| CASE NAME: |
|---|
| WILLIAM MATTHIS, JR. vs. ASBESTOS DEFENDANTS (B✜P) |

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: **CGC-07-274138** |
|---|---|---|
| ☒ Unlimited  ☐ Limited <br> (Amount demanded exceeds $25,000) (Amount demanded is $25,000 or less) | ☐ Counter  ☐ Joinder <br> Filed with first appearance by defendant <br> (Cal. Rules of Court, rule 1811) | JUDGE: <br> DEPT.: |

*All five (5) items below must be completed (see instructions on page 2).*

1. Check one box below of the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation |
|---|---|---|
| ☐ Auto (22) | ☐ Breach of contract/warranty (06) | (Cal. Rules of Court, rules 1800-1812) |
| ☐ Uninsured motorist (46) | ☐ Collections (09) | ☐ Antitrust/Trade regulation (03) |
| Other PI/PD/WD (Personal Injury/Property | ☐ Insurance coverage (18) | ☐ Construction defect (10) |
| Damage/Wrongful Death) Tort | ☐ Other contract (37) | ☐ Mass tort (40) |
| ☒ Asbestos (04) | Real Property | ☐ Securities litigation (28) |
| ☐ Product Liability (24) | ☐ Eminent domain/Inverse | ☐ Environmental / Toxic tort (30) |
| ☐ Medical malpractice (45) | condemnation (14) | ☐ Insurance coverage claims arising from the |
| ☐ Other PI/PD/WD (23) | ☐ Wrongful eviction (33) | above listed provisionally complex case types (41) |
| Non-PI/PD/WD (Other) Tort | ☐ Other real property (26) | Enforcement of Judgment |
| ☐ Business tort/unfair business practice (07) | Unlawful Detainer | ☐ Enforcement of judgment (20) |
| ☐ Civil rights (08) | ☐ Commercial (31) | Miscellaneous Civil Complaint |
| ☐ Defamation (13) | ☐ Residential (32) | ☐ RICO (27) |
| ☐ Fraud (16) | ☐ Drugs (38) | ☐ Other complaint *(not specified above)* (42) |
| ☐ Intellectual property (19) | Judicial Review | Miscellaneous Civil Petition |
| ☐ Professional negligence (25) | ☐ Asset forfeiture (05) | ☐ Partnership and corporate governance (21) |
| ☐ Other non-PI/PD/WD tort (35) | ☐ Petition re: arbitration award (11) | ☐ Other petition *(not specified above)* (43) |
| Employment | ☐ Writ of mandate (02) | |
| ☐ Wrongful termination (36) | ☐ Other judicial review (39) | |
| ☐ Other employment (15) | | |

2. This case ☐ is  ☒ is not  complex under rule 1800 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination and related actions pending in one or more courts in other counties, states or countries, or in a federal court
   f. ☐ Substantial post-judgment judicial supervision

3. Type of remedies sought (check all that apply):
   a. ☒ Monetary    b. ☐ Nonmonetary; declaratory or injunctive relief    c. ☒ Punitive

4. Number of causes of action (*specify*): 7

5. This case ☐ is  ☒ is not  a class action suit.

Date: 4/1/07

David R. Donadio
(TYPE OR PRINT NAME)

▶            *(signature)*
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
• Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate, Family, or Welfare and Institutions Code). (Cal. Rules of Court, rule 201.8.) Failure to file may result in sanctions.
• File this cover sheet in addition to any cover sheet required by local court rule.
• If this case is complex under rule 1800 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
• Unless this is a complex case, this cover sheet shall be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use <br> Judicial Council of California <br> CM-010 [Rev. July 1, 2001] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 201.8, 1800-1812; <br> Standards of Judicial Administration, § 19 <br> www.courtinfo.ca.gov |

# EXHIBIT B

SSC - 4-17-08

M1930

Berry & Berry

MAY 16 2007

Received

GO 5/18/07

0/0 5/24

1 | ALAN R. BRAYTON, ESQ., S.B. #73685
ERIC C. SOLOMON, ESQ., S.B. #119131
2 | BRAYTON✦PURCELL LLP
Attorneys at Law
3 | 222 Rush Landing Road
P.O. Box 6169
4 | Novato, California 94948-6169
(415) 898-1555
5 |
Attorneys for Plaintiff
6 |
7 |
8 | **SUPERIOR COURT OF CALIFORNIA**
9 | **COUNTY OF SAN FRANCISCO**
10 |
11 | WILLIAM MATTHIS, JR.,                    ) **ASBESTOS**
                                         ) No. 274138
12 |              Plaintiff,                  )
                                         ) ANSWERS TO INTERROGATORIES
13 | vs.                                       )
                                         )
14 | ASBESTOS DEFENDANTS (B✦P)      )
15 |
16 | PROPOUNDING PARTY:    STANDARD ASBESTOS CASE INTERROGATORIES
17 | RESPONDING PARTY:     Plaintiff WILLIAM MATTHIS, JR.
18 | SET NO:               ONE
19 |
20 |                          ANSWERS
21 |      1.    a.    WILLIAM PAUL MATTHIS, JR.
22 |             b.    October 30, 1955.
23 |             c.    51 years.
24 |             d.    San Diego, California.
25 |             e.    1275 West Oakland Avenue, #D, Hemet, California 92543.
26 |             f.    Height: 6' 3", weight: 205 pounds.
27 |             g.    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.
28 |             h.    Not applicable.

BRAYTON✦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P.O. BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

K:\Injured\104205\AI-sacsfl.wpd                    1

|    |    |         |                                                                             |
|----|----|---------|-----------------------------------------------------------------------------|
| 1  |    | i.      | Not applicable.                                                             |
| 2  |    | j.      | 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.                                                                |
| 3  |    | k.      | California, N3186323.                                                       |
| 4  |    | l.      | William Paul Matthis, Jr.                                                   |
| 5  |    | m.      | 12th grade.                                                            |
| 6  |    | n.      | None.                                                                       |
| 7  |    | o.-r.   | Not applicable.                                                             |
| 8  |    | s.      | Denise Thorton, Ethel Pollard, Alicia Davis, Angela Jackson, and Sheryl    |
| 9  | Wilson. |      |                                                                             |
| 10 |    | t.      | 1974, 1981, 1986, 2001, and 2004, respectively.                            |
| 11 |    | u.      | Plaintiff was divorced in San Diego, California (Denise Thorton, Ethel     |
| 12 | Pollard, Alicia Davis); Kansas City, Missouri (Angela Jackson, and Sheryl Wilson). |

|    |    |    |                        |
|----|----|----|------------------------|
| 13 | 2. | a. | Kenya Matthis.         |
| 14 |    | b. | July 31, 1975.         |
| 15 |    | c. | Natural.               |
| 16 |    | d. | Unknown.               |
| 17 |    | e. | Unknown.               |
| 18 |    | f. | Living.                |
| 19 |    |    |                        |
| 20 |    | a. | Paul Decory Matthis.   |
| 21 |    | b. | May 13, 1985.          |
| 22 |    | c. | Natural.               |
| 23 |    | d. | Unknown.               |
| 24 |    | e. | Unknown.               |
| 25 |    | f. | Living.                |
| 26 |    |    |                        |
| 27 |    | a. | Ashley Matthis.        |
| 28 |    | b. | August 26, 1989.       |

K:\Injured\104205\AJ-sacsf.wpd

2

|    |    |    |    |
|----|----|----|----|
| 1  |    | c. | Natural. |
| 2  |    | d. | Unknown. |
| 3  |    | e. | Student. |
| 4  |    | f. | Living. |
| 5  |    |    |    |
| 6  |    | a. | Cassius DePaul Matthis. |
| 7  |    | b. | May 3, 1990. |
| 8  |    | c. | Natural. |
| 9  |    | d. | Unknown. |
| 10 |    | e. | Student. |
| 11 |    | f. | Living. |
| 12 | 3. | No. |    |
| 13 | 4. | No. |    |

14    5.    Plaintiff is currently able to recall the following addresses:

15    2006 to present: 33347 Breighton Wood Street, Menifee, California 92584.

16    2006: 33347 Breighton Wood Street, Menifee, California 92584.

17    2004 to 2006 (2 years): Palm Springs, California.

18    2001 to 2004: San Diego, California.

19    1999 to 2001: Kansas City, Missouri.

20    1999 (9 months): Rockford, Illinois.

21    3/1977 to 1999: San Diego, California.

22    3/1974 to 3/1977: United States Army.

23    10/30/1955 to 3/1974: San Diego, California.

24    Plaintiff's investigation and discovery are continuing.

25    6.    Plaintiff graduated from San Diego High School in 1974. Plaintiff attended

26    welding school for National Steel and Rio Honda.

27    7.    April 27, 2007.

28    8.    No.

K:\Injured\104205\AI-sacsf1.wpd                                3

1    9.    Plaintiff was a member of the United States Army from 1974 to 1977.  Please see

2    response to Interrogatory No. 26, below.

3        10.    Excluding plaintiff's expert consultants, plaintiff recalls the following physicians:

4            a.    Dr. Suzanne Chang.

5            b.    Veterans Administration Hospital, Sun City, California

6            c.    General health maintenance.

7            d.    2006 to present.

8            e.    General health maintenance.

9            f.    Plaintiff's investigation and discovery are continuing.

10

11            a.    Dr. Sam Williams.

12            b.    286 North Euclid Avenue, #304, San Diego, California 92114.

13            c.    Treatment, including medication for depression.

14            d.    June 2006.

15            e.    Depression.

16            f.    Plaintiff's investigation and discovery are continuing.

17

18            a.    Unknown physicians.

19            b.    Veterans Administration Hospital, Loma Linda, California.

20            c.    Treatment, including medication for depression, prostate problems, hip

21    pain, back pain, stomach problems, and anxiety.

22            d.    2004 to 2006.

23            e.    General health maintenance.

24            f.    Plaintiff's investigation and discovery are continuing.

25        11.    Excluding those used by plaintiff's expert consultants, plaintiff currently recalls

26    the following hospitals:

27            a.    Veterans Administration Hospital.

28            b.    Benton Street, Loma Linda, California.

K:\Injured\104205\AJ-sacs\1.wpd                4

1          c.     Treatment, including medication for depression, swollen prostate, hip

2    pain, back pain, stomach problems, and anxiety.

3          d.     2004 to 2006.

4          c.     General health maintenance.

5          f.     Plaintiff's investigation and discovery are continuing.

6    12.    Excluding any taken by plaintiff's expert consultants, plaintiff recalls the

7    following x-rays:

8          a.     Veterans Administration Hospital, Benton Street, Loma Linda, California.

9          b.     Unknown dates, including October 2006.

10         c.     Chest, head, hip and back.

11         d.     Unknown.

12         e.     Plaintiff's investigation and discovery are continuing.

13   13.    Excluding any taken by plaintiff's expert consultants, plaintiff recalls the

14   following pulmonary function tests:

15         a.     Plaintiff does not recall.

16         b.     February 2006, and September 2006.

17         c.     Plaintiff does not recall.

18         d.     Required by employer, PCI in San Diego, California.

19         e.     Unknown.

20         f.     Yes.

21         g.     Unknown physician.

22         h.     Plaintiff's investigation and discovery are continuing.

23   14.    Please see response to Interrogatory No.'s 10 and 11, above.  Plaintiff defers to his

24   medical records as the best source of information for medications prescribed.

25   15.    Not at this time.  Plaintiff's medical records are equally available to defendants

26   through Berry & Berry, designated defense counsel.

27   16.    Plaintiff has the following complaints from asbestos exposure: shortness of

28   breath, tiredness, coughing with phlegm, and chest pain.

K:\Injured\104205\AI-sacsf..wpd                    5

1          a.      2003 or 2004.

2          b.      No cessation.

3          c.      Plaintiff is currently unaware of any physical change.

4          d.      Plaintiff contends that his lungs have primarily been affected.  However,

5    as the lung function affects the rest of the body, plaintiff also contends that all parts of his body

6    have been affected.

7          e.-f.   Plaintiff does not recall.

8          g.      Plaintiff does not at this time contend that he has lost time from work as a

9    result of his asbestos related conditions.  Plaintiff's investigation and discovery are continuing.

10         h.      Not applicable.

11         i.      Plaintiff's investigation and discovery are continuing.

12   17.    Yes.

13         a.      Asbestosis.

14         b.      Approximately August 2006.

15         c.-l.   Information protected by either the attorney work-product doctrine or the

16   attorney-client privilege.  Plaintiff's investigation and discovery are continuing.

17   18.    No.

18   19.    Plaintiff has suffered respiratory complaints and symptoms during the last 10

19   years, including but not limited to: shortness of breath, tiredness, coughing with phlegm, and

20   chest pain.

21   20.    No.

22   21.    Not applicable.

23   22.    No.

24   23.    Yes.

25         a.      Plaintiff recalls smoking from 1990 or 1992 to the present.

26         b.      Plaintiff recalls smoking cigarettes.  Plaintiff inhaled.

27         c.      Plaintiff usually smokes 10 cigarettes per day.

28         d.      Plaintiff usually smokes ½ pack of cigarettes per day.

1         e.     Plaintiff recalls smoking Parliament light, and Marlboro brand cigarettes.

2         f.     Yes.

3            1.     Physicians at Veterans Administration Medical Center.

4            2.     Unknown.

5     24.     Yes.

6         a.     Plaintiff's girlfriend.

7         b.     Dates unknown, approximately 2 years.

8         c.     Marlboro menthol brand cigarettes.

9         d.     Occasionally.

10     25.     Plaintiff recalls first consuming alcoholic beverages in 1974 or 1975. Plaintiff

11 currently drinks 0 to ½ pint of beer, vodka or Hennessy per week. Plaintiff's alcohol

12 consumption has not changed over his lifetime.

13     26.     Plaintiff is currently able to identify the following employment information:

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Neighborhood Youth Corp. San Diego, CA | Naval Base 32nd Street San Diego, CA | Mechanic (Helper) | 6/1973-9/1973 |

Job Duties: Plaintiff assisted civilian mechanics in replacing brakes, clutches, gaskets, and mufflers. Plaintiff used the following FORD products: brakes, clutches, and gaskets. Plaintiff and the mechanics sanded and used air compressors on the brakes. Plaintiff worked on the following vehicles that contained original parts: CHEVROLET, FORD, AMERICAN MOTORS, INTERNATIONAL diesel trucks, and INTERNATIONAL buses. Plaintiff currently contends that he was exposed to asbestos during this employment.

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| US Army | Ford Ord Monterey, CA | Private | 3/3/1974-4/1974 (6 weeks) |
| | US Army Fort Sill Lawton, OK | Private (E2) | 4/1974-mid-May 1974 (6 weeks) |
| | US Army Fort Hood Army Base Killeen, TX | Artilleryman | mid-May 1974- 3/3/1977 |

Job Duties: At Fort Ord, plaintiff completed basic training in six weeks. Plaintiff then had an

1    additional six weeks of training at Fort Sill. Plaintiff trained with howitzer cannons for field
2    artillery. At both Fort Seal and Fort Hood, plaintiff used asbestos gloves to handle the shells for
     the cannons. Plaintiff changed barrels on M-60 machine guns. Plaintiff maintained and used
3    howitzer 175, 122, 155, and 8-inch weapons. Plaintiff repaired the tracks' chains and links on
     the cannons. In addition at Fort Hood, plaintiff maintained trucks and jeeps by changing oil and
4    assisting on brake replacements. Plaintiff currently contends that he was exposed to asbestos
     during this employment.

5

6    | Employer | Location of Exposure | Job Title | Exposure Dates |
     |---|---|---|---|
7    | National Steel & Shipbuilding | National Steel & Shipbuilding, San Diego, CA 2 unknown LSD naval ships | Welder | 10/1977-3/1979 |
8

9

10   Job Duties: Plaintiff worked in the shop. Plaintiff welded and burned. Plaintiff used MIG
     welding machines. Plaintiff used asbestos gloves to carry hot lead and when torching. Plaintiff
11   chipped and ground pieces of ships and metals. Plaintiff replaced grinding wheels. Plaintiff also
     worked on board two navy nuclear ships. Plaintiff welded and burned lead on hulls, bilges,
12   bulkheads, and other parts inside. Plaintiff recalls the following co-workers: Leo Hawkins, San
     Diego, California; chipper co-worker and uncle James Buchanan, Palm Springs, California; and
13   insulator co-worker and brother-in-law Luther Shaw, San Diego, California. Plaintiff worked
     with the following trades: insulators insulating, laborers cleaning and sweeping, shipfitters,
14   pipefitters, machinists, painters, and sandblasters sanding the ships. Plaintiff currently contends
     that he was exposed to asbestos during this employment.
15

16   | Employer | Location of Exposure | Job Title | Exposure Dates |
     |---|---|---|---|
17   | Thorpe Insulation | Naval Repair Facility 32nd Street Annex San Diego, CA 1 unknown naval ship | Insulator | 3/1979- 7/1979 (1 month) |
18
19
20   |  | Thorpe Insulation Shop Carson, CA |  | (3 months) |
21

22   Job Duties: Plaintiff worked on one naval ship. Plaintiff removed asbestos insulation from pipes
     and boilers with a power saw. Plaintiff worked in the engine room and other areas. Plaintiff
23   swept the floor and picked up pieces of asbestos insulation. Plaintiff wore protective gear,
     including paper masks. Plaintiff recalls general foreman Greg Stutman, address currently
24   unknown; and co-worker Jimmy Palmer, San Diego, California.

25       At the shop, plaintiff created new insulation pads. Plaintiff used old asbestos insulation
     pads that came directly off of the ships. Plaintiff opened the insulation pads and removed the
26   asbestos filling. Plaintiff would then use the insulation pads as patterns to replicate the shape and
     size. Plaintiff cut fiberglass for the new insulation pads and sewed up the pads with a sewing
27   machine and pneumatic button machine. Plaintiff recalls the asbestos insulation pads were from
     all parts of ships, including boilers, pumps, valves, pipes, and furnaces. Plaintiff recalls the
28   following co-workers: Denver Talaver, address currently unknown; and "Red" Vandering,
     address currently unknown. Plaintiff currently contends that he was exposed to asbestos during

     K:\Injured\104205\AJ-sacsf1 wpd                    8

1 | this employment.

2

| 3 Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| 4  5 Thorpe Insulation | San Onofre Nuclear Power Plant (SCE), CA | Insulator | 8/1979 (3 weeks) |

6 Job Duties: Plaintiff recalls this was new construction on Units 2 and 3. Plaintiff applied
insulation cement to pipes, boilers, and turbines. Plaintiff worked with the following trades:
7 ironworkers, pipefitters welding, sheetmetal workers, electricians stripping and cutting electrical
wires, boilermakers building boilers, welders welding with fire blankets, and crane operators.
8 Plaintiff recalls foreman Ron Hout, address currently unknown; and general foreman Bob Evans,
deceased. Plaintiff recalls the following co-workers: Dennis Tucker, address currently unknown;
9 Lawrence "Buddy" Rogers, c/o Brayton✦Purcell LLP; Gary Mays, Arkansas; John Mack, Los
Angeles area, California; Harvey Hood, Texas; Jeff Darby, San Diego, California; Greg Bue, San
10 Diego, California (works for Tri-County Insulation Co.). Plaintiff currently contends that he was
exposed to asbestos during this employment.

11

| 12 Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| 13  14 Owens-Corning Fiberglas | National Steel & Shipbuilding, San Diego, CA 6-7 ships | Insulator | 1979-1980; 1983; 1985 (on/off: about 4 years total) |

15

ST. WORTH (MA-299)

16

EXXON VALDEZ (1986)

17

Job Duties: Plaintiff performed repair work in the engine rooms. Plaintiff removed existing
18 asbestos insulation. Plaintiff applied ARMSTRONG 520 adhesives to insulate the pipes.
Plaintiff also used ONE-SHOT insulating cement for fittings and elbows and TUFF BOND
19 adhesive for ducts. Plaintiff used CALSIL lagging and pipecovering for steam and hot
waterlines. Plaintiff worked alongside the following trades: NATIONAL STEEL &
20 SHIPBUILDING chippers, welders welding, electricians cutting and stripping wires, shipfitters,
painters, sandblasters, pipefitters, and carpenters installing deck tiles and cabinets. Plaintiff
21 recalls the following co-workers: Tony Berryon, San Diego area, California; Greg Brown, San
Diego, California; Jeff Darby, San Diego, California; Gary Bland, San Diego, California; Mitch
22 Spence, San Diego, California; John Mack, Ergie Bowman, Los Angeles area, California; and
George Echos, address currently unknown. Plaintiff recalls foreman Gary Hatch, San Diego,
23 California; and foreman Jack Gordon, deceased, both working in the earlier years for this
employer. Plaintiff recalls supervisor and brother-in-law Luther Shaw, San Diego, California, in
24 the latter years. Plaintiff currently contends that he was exposed to asbestos during this
employment.

25

| 26 Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| 27  28 Owens-Corning Fiberglas | Naval Repair Facility North Island San Diego, CA 3-4 aircraft carriers | Insulator | 1979-1985 |

K:\Injured\104205\AJ-sacsf .wpd     9

1    RANGER (CVA-61)

2    KITTY HAWK (CVA-63)

3    CONSTELLATION
     (CVA-64)

4
5    Job Duties: Plaintiff performed insulation repair work in the engine rooms. Plaintiff used
     ARMSTRONG 520 adhesive on rubber pipecovering. Plaintiff insulated with ONE-SHOT for
     fittings and elbows. Plaintiff used TUFF BOND adhesive for ducts. Plaintiff used CALSIL
6    insulating cement and pipecovering for steam and hot waterlines. Plaintiff worked alongside the
     following trades: boilermakers repairing boilers, pipefitters repairing pipes, welders welding,
7    shipfitters, and sandblasters. Plaintiff recalls the following co-workers: brother-in-law Luther
     Shaw, San Diego, California; Gary Bland, San Diego, California; Bill Dale, San Diego,
8    California; and Mark Dale, San Diego, California. Plaintiff currently contends that he was
     exposed to asbestos during this employment.
9

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Owens-Corning Fiberglas | Naval Repair Facility 32nd Street Annex San Diego, CA 4 unknown navy ships | Insulator | 1979-1985 |

13
14   Job Duties: Plaintiff performed repairs on navy ships. Plaintiff insulated pipes and boilers in the
     engine rooms. Plaintiff removed asbestos insulation from the pipes and boilers. Plaintiff also
     performed minor repairs to the boilers. Plaintiff working alongside other insulators insulating
15   pipes and boilermakers repairing boilers. Plaintiff recalls the following co-workers: brother-in-
     law Luther Shaw. San Diego, California; general foreman Mitch Spence, San Diego, California;
16   Gary Hatch, San Diego, California; Greg Brown, San Diego, California; Bill Dale, San Diego,
     California; Mark Dale, San Diego, California; Eddie Gordon, north San Diego County; and
17   Sammy Gordon, north San Diego County. Plaintiff currently contends that he was exposed to
     asbestos during this employment.
18

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Owens-Corning Fiberglas | Southwest Marine San Diego, CA 1 unknown navy ship | Insulator | 1979-1985 |

22   Job Duties: Plaintiff insulated pipes and boiler in the engine room. Plaintiff recalls Ben
     Rodriguez, address currently unknown. Plaintiff worked alongside the following trades:
23   boilermakers repairing boilers, shipfitters working with sheetmetal, electricians cutting and
     routing electrical wires, welders welding, insulators, and pipefitters replacing sections of pipes.
24   Plaintiff recalls some of the trades were SOUTHWEST MARINE employees. Plaintiff currently
     contends that he was exposed to asbestos during this employment.
25

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Desco Insulation | San Onofre Nuclear Power Plant (SCE), CA | Insulator | approximately 1981-1983 (3-4 months) |

K:\Injured\104205\AJ-sacsfl.wpd

10

| 1 | Thorpe Insulation | | | (approximately 6 months) |
| 2 | | | | |
| 3 | Owens-Corning Fiberglas | | | (4 months) |

Job Duties: Plaintiff recalls this was new construction on Units 2 and 3. Plaintiff worked alongside the following trades: ironworkers, pipefitters, sheetmetal workers, electricians, boilermakers working on boilers and their tubes, welders welding and using asbestos blankets, crane operators, and machinists. Plaintiff recalls the following co-workers: Larry Gibson, deceased; John Mack, Los Angeles area, California; Lionel Reed, Los Angeles, California; Dennis Tucker, address currently unknown; Clint Hout, Riverside County, California; Ron Hout, address currently unknown; and Bobby Hout, address currently unknown. Plaintiff currently contends that he was exposed to asbestos during this employment.

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| AC & S Insulation or Metalclad | Unknown Power Plant Newport Beach, CA | Insulator | 1981 or 1982 |

Job Duties: Plaintiff replaced insulation on a boiler. Plaintiff used TUFF BOND adhesive on some pins. Plaintiff recalls co-worker George Echos, address currently unknown. Plaintiff currently contends that he was exposed to asbestos during this employment.

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| AC & S Insulation | Los Angeles Department of Water and Power, Los Angeles, CA | Insulator | 1982 |

Job Duties: Plaintiff performed asbestos abatement. Plaintiff is currently unaware if he was exposed to asbestos during this employment.

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| P.W. Stevens | US Post Office Los Angeles | Insulator | 1983 |

Job Duties: Plaintiff performed asbestos abatement. Plaintiff used paper masks while removing wet asbestos insulation. Plaintiff recalls supervisor P.W. Stevens, address currently unknown. Plaintiff currently contends that he was exposed to asbestos during this employment.

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Owens-Corning Fiberglas | Budweiser Brewery San Fernando Valley, CA | Insulator | 1983 (3 weeks) |

Job Duties: Plaintiff assisted insulators. Plaintiff is currently unaware if he was exposed to asbestos during this employment.

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|

K:\Injured\104205\AI-sucsf1.wpd                    11

| 1<br>2 | AC & S or Metalclad | Los Angeles Department of<br>Water and Power,<br>Los Angeles, CA | Insulator | 1984 |

3 Job Duties: Plaintiff performed asbestos abatement. Plaintiff used paper masks while removing
4 wet asbestos insulation. Plaintiff currently contends that he was exposed to asbestos during this employment.

| Employer | Location of<br>Exposure | Job Title | Exposure<br>Dates |
|---|---|---|---|
| Metalclad | San Onofre Nuclear Power<br>Plant (SCE),<br>CA | Insulator | mid-1980's |

(rows 5, 6, 7)

8
9 Job Duties: Plaintiff performed repair work on Units 2 and 3. Plaintiff insulated conduits, pipes,
turbines, heat exchangers, and heat tray slides. Plaintiff removed old insulation. Plaintiff recalls
general contractor BECHTEL employees performed a portion of the repair work, including
10 insulation. Plaintiff worked near the following trades: welders welding, pipefitters, carpenters,
boilermakers, electricians, and painters. Plaintiff recalls the following co-workers: Linda
11 Thompson, Lakewood area, California; Jimmy Yap, around San Onofre area, California; Jimmy
Lee, Las Vegas, Nevada; Bob Klepper (now Business Agent for Local Union 5 of Azusa,
12 California), address currently unknown; and Rocky Summers, near San Clemente, California.
Plaintiff currently contends that he was exposed to asbestos during this employment.
13

| Employer | Location of<br>Exposure | Job Title | Exposure<br>Dates |
|---|---|---|---|
| Bechtel | San Onofre Nuclear Power<br>Plant (SCE),<br>CA | Insulator | mid-1980's |

(rows 14, 15, 16)

17 Job Duties: Plaintiff repaired insulation on conduits, pipes, turbines, heat exchangers, and heat
try slides on Units 1, 2, and 3. Plaintiff worked alongside the following trades: welders,
18 pipefitters, carpenters, boilermakers repairing pipes, electricians, and painters. Plaintiff recalls
the following co-workers: Jimmy Yap, around San Onofre area, California; Rocky Summers,
19 near San Clemente, California; Bob Klepper (now Business Agent for Local Union 5 of Azusa,
California), address currently unknown; and Linda Thompson, Lakewood area, California.
20 Plaintiff currently contends that he was exposed to asbestos during this employment.

| Employer | Location of<br>Exposure | Job Title | Exposure<br>Dates |
|---|---|---|---|
| Thorpe Insulation | PG & E<br>Diablo Canyon Powerhouse<br>CA | Insulator | mid-1980's |

(rows 21, 22, 23)

24
25 Job Duties: Plaintiff repaired insulation on pipes and conduits. Plaintiff recalls supervisor Bob
Evans, deceased. Plaintiff recalls the following co-workers: Ron Hout, address currently
unknown; Art Hout, deceased; Ergie Bowman, Los Angeles area, California; Harvey Hood,
26 Texas; and Sunny Woods, deceased. Plaintiff currently contends that he was exposed to asbestos
during this employment.
27

| Employer | Location of<br>Exposure | Job Title | Exposure<br>Dates |
|---|---|---|---|

(row 28)

| Employer | Location of Exposure | Job Title | Exposure Dates |
|----------|---------------------|-----------|----------------|
| Bechtel | Bechtel Unknown location | Insulator | 1/1985-2/1985 |

Job Duties: Plaintiff is currently unable to recall the specifics of this employment. Plaintiff is currently unaware if he was exposed to asbestos during this employment.

| Employer | Location of Exposure | Job Title | Exposure Dates |
|----------|---------------------|-----------|----------------|
| A C & S | A C & S Unknown location | Insulator | 3/1985-4/1985 |

Job Duties: Plaintiff is currently unable to recall the specifics of this employment. Plaintiff is currently unaware if he was exposed to asbestos during this employment.

| Employer | Location of Exposure | Job Title | Exposure Dates |
|----------|---------------------|-----------|----------------|
| Thorpe Insulation | Chevron Refinery Wilmington, CA | Insulator | 4/1985-6/1985 |
|  | Chevron Refinery Shop Wilmington, CA |  |  |

Job Duties: Plaintiff replaced insulation on the coker and pipes. At the shop, plaintiff created new insulation pads. Plaintiff opened the insulation pads and removed the asbestos filling. Plaintiff would then use the insulation pads as patterns to replicate the shape and size. Plaintiff cut fiberglass for the new insulation pads and sewed up the pads. Plaintiff recalls the following co-workers: Fernando Gutierrez, Chino, California; Sam Slot, deceased; brother-in-law Luther Shaw, San Diego, California; and Adrian (last name unknown), Las Vegas, Nevada. Plaintiff worked near the following trades: laborers cleaning and sweeping, pipefitters replacing and repair pipes, and welders welding on pipes. Plaintiff currently contends that he was exposed to asbestos during this employment.

| Employer | Location of Exposure | Job Title | Exposure Dates |
|----------|---------------------|-----------|----------------|
| Performance Contracting Inc. | Performance Contracting Inc., Unknown location | Insulator | 6/1985-7/1985; 9/1985-12/1985 |

Job Duties: Plaintiff is currently unable to recall the specifics of this employment. Plaintiff is currently unaware if he was exposed to asbestos during this employment.

| Employer | Location of Exposure | Job Title | Exposure Dates |
|----------|---------------------|-----------|----------------|
| Performance Contracting Inc. | National Steel & Shipbuilding, San Diego, CA | Insulator | 1/1986-3/1986; 5/1986-12/1986 |

Job Duties: Plaintiff recalls this was new construction and repair work. Plaintiff repaired insulated pipes and boilers in the engine room and throughout the ships. Plaintiff recalls the following trades working near him: electricians, laborers, painters, welders, sandblasters, pipefitters, boilermakers, shipfitters, and carpenters. Plaintiff currently contends that he was

K:\Injured\104205\AJ-sacsf1.wpd

13

1  exposed to asbestos during this employment.

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| AC & S | Los Angeles Department of Water and Power, Los Angeles, CA | Insulator | 1/1987-2/1987; 7/1987; 9/1987 |

Job Duties: Plaintiff's investigation and discovery are continuing. Plaintiff is currently unaware if he was exposed to asbestos during this employment.

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Performance Contracting Inc. | Performance Contracting Inc., Unknown location | Insulator | 2/1987-4/1987 |

Job Duties: Plaintiff's investigation and discovery are continuing. Plaintiff is currently unaware if he was exposed to asbestos during this employment.

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| A C & S | A C & S Unknown location | Insulator | 4/1988 |

Job Duties: Plaintiff's investigation and discovery are continuing. Plaintiff is currently unaware if he was exposed to asbestos during this employment.

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Tri-County | Tri-County Unknown location | Insulator | 8/1988-10/1988 |

Job Duties: Plaintiff's investigation and discovery are continuing. Plaintiff is currently unaware if he was exposed to asbestos during this employment.

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| JFI | JFI Unknown location | Insulator | 9/1989 |

Job Duties: Plaintiff's investigation and discovery are continuing. Plaintiff is currently unaware if he was exposed to asbestos during this employment.

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| A C & S | A C & S Unknown location | Insulator | 11/1989 |

Job Duties: Plaintiff's investigation and discovery are continuing. Plaintiff is currently unaware

1   if he was exposed to asbestos during this employment.

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Dittmore | Dittmore Unknown location | Insulator | 12/1989 |

Job Duties: Plaintiff's investigation and discovery are continuing. Plaintiff is currently unaware if he was exposed to asbestos during this employment.

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Bechtel | PG & E Diablo Canyon Powerhouse CA | Insulator | early 1990's |

Job Duties: Plaintiff's investigation and discovery are continuing. Plaintiff is currently unaware if he was exposed to asbestos during this employment.

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Mission | Mission Unknown location | Insulator | 3/1990-5/1990 |

Job Duties: Plaintiff's investigation and discovery are continuing. Plaintiff is currently unaware if he was exposed to asbestos during this employment.

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Performance Contracting Inc. | Performance Contracting Inc., Unknown location | Insulator | 5/1990-10/1990 |

Job Duties: Plaintiff's investigation and discovery are continuing. Plaintiff is currently unaware if he was exposed to asbestos during this employment.

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Thorpe Insulation | Chevron Refinery Wilmington, CA | Insulator | 2/1991-3/1991 |

Job Duties: Plaintiff's investigation and discovery are continuing. Plaintiff is currently unaware if he was exposed to asbestos during this employment.

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Department of Water & Power | Los Angeles Department of Water & Power, Los Angeles, CA | Insulator | 5/1991 |

K:\Injured\104205\AJ-sacsf1.wpd

15

Job Duties: Plaintiff's investigation and discovery are continuing. Plaintiff is currently unaware if he was exposed to asbestos during this employment.

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Cherne | Unknown Refinery Long Beach, CA | Insulator | 2/1992 |

Job Duties: Plaintiff's investigation and discovery are continuing. Plaintiff is currently unaware if he was exposed to asbestos during this employment.

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Pac Therm | Pac Therm Unknown location | Insulator | 7/1992 |

Job Duties: Plaintiff's investigation and discovery are continuing. Plaintiff s currently unaware if he was exposed to asbestos during this employment.

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Performance Contracting Inc. | Performance Contracting Inc., Unknown location | Insulator | 3/1993-7/1993; 9/1995-10/1995 |

Job Duties: Plaintiff's investigation and discovery are continuing. Plaintiff is currently unaware if he was exposed to asbestos during this employment.

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Metalclad | Metalclad Unknown location | Insulator | 11/1996-2/1997 |

Job Duties: Plaintiff's investigation and discovery are continuing. Plaintiff is currently unaware if he was exposed to asbestos during this employment.

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Trico | Trico Unknown location | Insulator | 3/1997-4/1997 |

Job Duties: Plaintiff's investigation and discovery are continuing. Plaintiff is currently unaware if he was exposed to asbestos during this employment.

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Bechtel | Bechtel Unknown location | Insulator | 5/1997 |

Job Duties: Plaintiff's investigation and discovery are continuing. Plaintiff is currently unaware

K:\Injured\104205\AJ-sacsf1.wpd                16

1    if he was exposed to asbestos during this employment.

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Trico | Trico Unknown location | Insulator | 12/2001-4/2002 |

Job Duties: Plaintiff's investigation and discovery are continuing. Plaintiff is currently unaware if he was exposed to asbestos during this employment.

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Metalclad | Metalclad Unknown location | Insulator | 5/2002-6/2002 |

Job Duties: Plaintiff's investigation and discovery are continuing. Plaintiff is currently unaware if he was exposed to asbestos during this employment.

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Trico | Trico Unknown location | Insulator | 7/2002-9/2002 |

Job Duties: Plaintiff's investigation and discovery are continuing. Plaintiff is currently unaware if he was exposed to asbestos during this employment.

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Cherne | Cherne Unknown location | Insulator | 12/2002-2/2003 |

Job Duties: Plaintiff's investigation and discovery are continuing. Plaintiff is currently unaware if he was exposed to asbestos during this employment.

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| Avalotis | Burbank Department of Water and Power, Burbank, CA | Insulator | 1/2005-5/2005 |

Job Duties: Plaintiff's investigation and discovery are continuing. Plaintiff is currently unaware if he was exposed to asbestos during this employment.

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| F. Rodgers Insulation | Redlands Powerhouse Redlands, CA | Insulator | 5/2005-10/2005 |
| Far West | | | 12/2005 |

K:\Injured\104205\AJ-sacsfl.wpd                17

1  Job Duties: Plaintiff's investigation and discovery are continuing.  Plaintiff is currently unaware
2  if he was exposed to asbestos during this employment.

| 3 Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| 4 Performance Contracting Inc. | Mobil-Torrance Wilmington, CA | Insulator | 3/2006-6/2006 |

6  Job Duties: Plaintiff's investigation and discovery are continuing.  Plaintiff is currently unaware
   if he was exposed to asbestos during this employment.

| 7 Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| 9 Performance Contracting Inc. | National Steel & Shipbuilding, San Diego, CA | Insulator | 9/2006-12/2006 |

10  Job Duties: Plaintiff's investigation and discovery are continuing.  Plaintiff is currently unaware
11  if he was exposed to asbestos during this employment.

12  Throughout plaintiff's career, he used JOHNS-MANVILLE lagging, blocks, and pipecovering;
    KEENE asbestos cement; 3M masks; TUFF BOND adhesive at refineries and shipyards; and
13  CHICAGO FIRE BRICK refractory bricks.  Plaintiff worked with the following co-workers in
    some time frame: Lawrence "Buddy" Rogers, c/o Brayton❖Purcell LLP at San Onofre Nuclear
14  Power Plant, California; and Scott Abbott, c/o Brayton❖Purcell LLP at Los Angeles Department
    of Water and Power, Los Angeles, California.
15

16  For the purpose of this case, plaintiff currently does not contend exposure to asbestos after 1986.

17  NON-OCCUPATIONAL EXPOSURE:

18  FRICTION EXPOSURE:

19  1967 FORD GTO: Plaintiff purchased a used car in 1979 or 1980.  During that same year,
    plaintiff replaced the original carburetor, original manifold, original header gaskets, and brakes.
20  Plaintiff purchased a HOOKER HEADERS gasket kit.  Plaintiff was assisted by cousin Henry
    Conwright, San Diego, California.
21
    1981 MAZDA 626 Coupe: Plaintiff purchased this car new in 1981.  Plaintiff replaced the
22  original brakes and was assisted by cousin Henry Conwright, San Diego, California.

23  Plaintiff and his cousin, Henry Conwright, San Diego, California, purchased A.C. DELCO
    brakes for majority of the cars they worked on from KRAGEN, Euclid Avenue, San Diego,
24  California; and AUTOZONE, Federal Boulevard, San Diego, California.  Plaintiff currently
    contends that he was exposed to asbestos during this vehicle repairs.
25  Plaintiff's investigation and discovery are continuing.

26        27.  Yes.

27             a.    Heat & Frost Asbestos Union Local 5, 670 East Foothill Boulevard, #2,

28  Azusa, California 91702.

K:\Injured\104205\AJ-sacsf1.wpd                    18

1     authorizations for release of this information. Plaintiff's investigation and discovery are

2     continuing.

3         39.     The total medical expense is unknown at this time and plaintiff has provided

4     authorizations for release of this information. Plaintiff's investigation and discovery are

5     continuing.

6         40.     No.

7         41.     No.

8         42.     Plaintiff currently is not claiming any wage or earning loss.

9         43.     No.

10         44.     No.

11         45.     No.

12         46.     No.

13         47.     No.

14         48.     No.

15         49.     No.

16         50.     No, plaintiff's investigation and discovery are continuing.

17

18     Dated:    5/3/07                  BRAYTON❖PURCELL LLP

19

20                                   By:

                                          Eric C. Solomon

21                                         Attorneys for Plaintiff

22

23

24

25

26

27

28

K:\Injured\104205\AJ-sacsf1.wpd                 20

## VERIFICATION TO FOLLOW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

K:\FORMS\VER2FOLW.wp1

## PROOF OF SERVICE

I, Joyce Diala, do hereby declare and state:

I am employed in the city of Petaluma, County of Sonoma, California. I am over the age of 18 and not a party to the within action. My business address is 1009 Clegg Court, Petaluma. CA 94954.

On _____ **MAY 1 4 2007** _____, I served the within:

Answers to Interogatories

_____

_____

_____

Re: William Matthis Sr

on the parties in this action by placing a true copy thereof in a sealed envelope, and envelope addressed as follows:

By mail Service:

### SEE ATTACHED LIST
(Defendants that are crossed out are not being served)

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for delivery by mail. Correspondence so collected and processed is deposited with the United States Postal Service on the same day in the ordinary course of business. On the above date the said envelope was collected for the United States Postal Service following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed _____ **MAY 1 4 2007** _____, at Petaluma, California.

*Joyce Diala*

Joyce Diala

05/31/2007 16:36 FAX 98355117 Case 3:07-cv-02866-SC   Document 1 BERR &amp; BERRY Filed 06/01/2007 &amp; PERRAND Page 51 of 52 024/025

Run By : Chow, Linda (LPC)

1

Brayton-Purcell Service List

Date Created: 5/14/2007-8:30:01
Created by: LitSupport - ServiceList - Live
Matter Number: 104205.001 - William Matthis

**Adams Nye Sinunu Bruni Becht LLP**
222 Kearny Street, Seventh Floor
San Francisco, CA 94108
415-982-8955  415-982-2042 (fax)
**Defendants:**
  Thorpe Insulation Company (THRPIN)

**Bassi, Martini, Edlin & Blum**
351 California Street, Suite 200
San Francisco, CA 94104
415-397-9006  415-397-1339 (fax)
**Defendants:**
  J.T. Thorpe & Son, Inc. (THORPE)
  Parker-Hannifin Corporation (PARKHF)

**Berry & Berry**
P.O. Box 16070
2930 Lakeshore Avenue
Oakland, CA 94610
510-835-8330  510-835-5117 (fax)
**Defendants:**
  Berry & Berry (B&B)

**Bowman and Brooke LLP**
879 West 190th Street
Suite 700
Gardena, CA 90248-4227
310-768-3068  310-719-1019 (fax)
**Defendants:**
  Ford Motor Company (FORD)
  General Motors Corporation (GM)

**Brydon Hugo & Parker**
135 Main Street, 20th Floor
San Francisco, CA 94105
415-808-0300  415-808-0333 (fax)
**Defendants:**
  National Steel and Shipbuilding Company
  (NASSCO)

**Filice, Brown, Eassa & McLeod LLP**
1999 Harrison Street, 18th Floor
Oakland, CA 94612-0850
510-444-3131  510-839-7940 (fax)
**Defendants:**
  Ford Motor Company (FORD)
  General Motors Corporation (GM)
  Mazda North American Operation
  (MAZDA)

**Glaspy & Glaspy**
One Walnut Creek Center
100 Pringle Avenue, Suite 750
Walnut Creek, CA 94596
925-947-1300  925-947-1594 (fax)
**Defendants:**
  CSK Auto, Inc. (CSKAUT)
  Garlock Sealing Technologies, LLC
  (GARLCK)

**Haight, Brown & Bonesteel**
71 Stevenson Street, 20th Floor
San Francisco, CA 94105-2981
415-546-7500  415-546-7505 (fax)
**Defendants:**
  International Truck & Engine Corporation
  (INTTRK)

**Hassard Bonnington**
Two Embarcadero Center
Suite 1800
San Francisco, CA 94111
415-288-9800  415-288-9802 (fax)
**Defendants:**
  Sequoia Ventures, Inc. (SEQUOA)

**Jackson & Wallace**
55 Francisco Street
Sixth Floor
San Francisco, CA 94133
415-982-6300  415-982-6700 (fax)
**Defendants:**
  Goodloe E. Moore Inc (GOOMOO)

**Klinedinst, Fliehman, et al.**
501 West Broadway
Suite 600
San Diego, CA 92101
619-239-8131  619-238-8707 (fax)
**Defendants:**
  Southwest Marine, Inc. (SWMAR)

**Law Offices of Lucinda L. Storm, Esq.**
610A Third Street
San Francisco, CA 94107
415-777-6990  415-777-6992 (fax)
**Defendants:**
  Pacific Gas & Electric Company (PG&E)

**Law Offices of Mark H. Rosenthal**
44 Montogmery Street, Suite 4020
San Francisco, CA 94104-4602
415-986-1364  415-291-1984 (fax)
**Defendants:**
  Crown Cork & Seal Company, Inc.
  (CC&S)

**Law Offices of Nancy E. Hudgins**
565 Commercial, 4th Floor
San Francisco, CA 94111
415-979-0100  415-979-0747 (fax)
**Defendants:**
  Uniroyal Holding, Inc. (UNIROY)

**Law Offices of Peter J. Nova**
P.O. Box 1328
Sonoma, CA 95476
707-938-9610
**Defendants:**
  Parker-Hannifin Corporation (PARKHF)

**Lewis Brisbois Bisgaard & Smith LLP**
One Sansome Street
Suite 1400
San Francisco, CA 94104
415-362-2580  415-434-0882 (fax)
**Defendants:**
  Plant Insulation Company (PLANT)

**Luce, Forward, Hamilton, et al.**
121 Spear Street
Suite 200
San Francisco, CA 94105
415-356-4600  415-356-4610 (fax)
**Defendants:**
  Southwest Marine, Inc. (SWMAR)

**Perkins Cole LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
415-344-7000  415-344-7288 (fax)
**Defendants:**
  Honeywell International, Inc. (HONEYW)

**Pond North, LLP**
350 South Grand Avenue, Suite 2850
Los Angeles, CA 90071
213-617-6170  213-623-3594 (fax)
**Defendants:**
  Viacom, Inc. (VIACOM)

**Schiff Harden LLP**
One Market Plaza
Spear Street Tower, 32nd Floor
San Francisco, CA 94105
415-901-8700  415-901-8701 (fax)
**Defendants:**
  Owens-Illinois, Inc. (OI)

**Sedgwick, Detert, Moran & Arnold**
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
415-781-7900  415-781-2635 (fax)
**Defendants:**
  General Electric Company (GE)
  Pacific Gas & Electric Company (PG&E)

Da e Created: 5/14/2007-8:33:01  4                                    Run By : (how, Linda (LPC)
Created by: LitSupport - ServiceList - Live
Matter Number: 104205.001 - William Matthis

**Sonnenschein Nath & Rosenthal, LLP**
525 Market Street, 26ʰ Floor
San Francisco, CA 94105-2708
415-882-5000   415-882-0300 (fax)
**Defendants:**
  Rapid-American Corporation (RAPID)

**Thelen Reid Brown Raysman & Steiner**
**LLP**
101 Second St., Ste 1800
San Francisco, CA 94105
415-371-1200   415-644-6519 (fax)
**Defendants:**
  DaimlerChrysler Corporation (CHRYS)

**Towle, Denison, Smith & Tavera**
10866 Wilshire Blvd
Suite 600
Los Angeles, CA 90024
310-446-5445   310-446-5447 (fax)
**Defendants:**
  Parker-Hannifin Corporation (PARKHF)

**Travis & Pon**
2271 California Street
San Francisco, CA 94115
415-923-1200   415-673-6263 (fax)
**Defendants:**
  Plant Insulation Company (PLANT)

**Walsworth, Franklin, Bevins & McCall**
One City Boulevard W.
5ʰ Floor
Orange, CA 92868-3677
714-634-2522   714-634-0686 (fax)
**Defendants:**
  Southern California Edison Company
(SCECO)

**Walsworth, Franklin, Bevins & McCall**
601 Montgomery Street, 9ʰ Floor
San Francisco, CA 94111
415-781-7072   415-391-6258 (fax)
**Defendants:**
  Thomas Dee Engineering Co., Inc. (DEE)