1  MADELINE L. BUTY [SBN 157186]
   BUTY & CURLIANO LLP
2  555 City Center
   555 – 12th Street, Suite 1280
3  Oakland, CA 94607
   Tel: 510.267.3000
4  Fax: 510.267.0117
   E:   mlb@butycurliano.com
5
   Attorneys for Defendant:
6  BAE SYSTEMS SAN DIEGO SHIP REPAIR INC.
   [formerly known as SOUTHWEST MARINE, INC.]
7

*FILED*
JUN – 1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  WILLIAM MATTHIS, JR.,                )   No. C 07-2866 EDL
                                         )
12                  Plaintiff,           )
                                         )   **PROOF OF SERVICE**
13         v.                            )
                                         )
14  ASBESTOS DEFENDANTS (B◊P),           )
                                         )
15                  Defendants.          )
                                         )
16

17

18

19

20

21                            **SEE ATTACHED.**

22

23

24

25

26

27

28  F:\SWM.BAE.2200\Matthis\m\Mot Removal\POS Fed face pg6.1.07.doc

BUTY & CURLIANO LLP
ATTORNEYS AT LAW
555 CITY CENTER
555 – 12TH STREET
SUITE 1280
OAKLAND CA 94607
510.267.3000

1

BAE SYSTEMS SAN DIEGO SHIP REPAIR INC.'S NOTICE OF TAG-ALONG ACTION [MDL 875]

# PROOF OF SERVICE

Case: **William Matthis, Jr. v. Asbestos Defendants**

I declare that:

I am employed in the County of Alameda, California. I am over the age of eighteen years and not a party to the within entitled cause; my business address is 555 – 12th Street, Suite 1280, Oakland, CA 94607.

On June 1, 2006, I caused to be served the attached

1. **BAE SYSTEMS SAN DIEGO SHIP REPAIR INC.'S NOTICE OF REMOVAL UNDER 28 U.S.C. § 1442(a)(1);**
2. **BAE SYSTEMS SAN DIEGO SHIP REPAIR INC.'S NOTICE OF TAG-ALONG ACTION [MDL 875]**
3. **BAE SYSTEMS SAN DIEGO SHIP REPAIR INC.'S NOTICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO UNITED STATES DISTRICT COURT;**
4. **BAE SYSTEMS SAN DIEGO SHIP REPAIR INC.'S NOTICE TO STATE COURT OF REMOVAL TO UNITED STATES DISTRICT COURT; and**
5. **PROOF OF SERVICE**

on the interested parties in said cause, by placing a true copy thereof enclosed in a sealed envelope addressed as follows and I caused delivery to be made by the mode of service indicated below:

BRAYTON * PURCELL
22 Rush Landing Road
Post Office Box 6169                    ALSO SEE ATTACHED SERVICE LIST
Novato, California 94948
**Attorneys for Plaintiff**

__XX__   (By Personal Service) by causing to be personally delivered a true copy thereof to the addressee above. **ON PLAINTIFF'S COUNSEL ONLY.**

_____   (By Facsimile Machine) on all plaintiffs in said action by transmitting a true and correct copy thereof from our office facsimile machine to the facsimile machine numbers shown in this proof of service and/or the attached list. Following transmission, a Transmission Report was received from our fax machine indicating that the transmission had been transmitted without error.

__XX__   (By Mail) on all parties in said action in accordance with Code of Civil Procedure Section 1013, by placing a true and correct copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth above, at Buty & Curliano LLP, which mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the County of Alameda. **ON DEFENDANTS' COUNSEL ON SERVICE LIST ONLY.**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 1, 2007, at Oakland, California.

*/s/ Robin Lokollo*
ROBIN LOKOLLO

BUTY & CURLIANO LLP
ATTORNEYS AT LAW
383 – 4th STREET
3RD FLOOR
OAKLAND CA 94607
510.267-3000

1

## PROOF OF SERVICE

*William Matthis, Jr. v. Asbestos Defendants*
San Francisco County Superior Court, Action No. 274138

| | | | |
|---|---|---|---|
| DONADIO, DAVID R | 154436 | BRAYTON AND PURCELL LLP<br>ATTORNEYS AT LAW, PO BX 6169<br>222 RUSH LANDING ROAD<br>NOVATO, CA 94948<br>USA<br>(415) 898-1555 | MATTHIS JR, WILLIAM (PLAINTIFF) |
| FADEFF, JEFFERY JOHN | 111497 | BASSI, MARTINI, EDLIN & BLUM, LLP<br>351 CALIFORNIA STREET<br>SUITE 200<br>SAN FRANCISCO, CA 94104<br>USA<br>(415) 397-9006 | J.T. THORPE & SON, INC. (DEFENDANT) |
| GLASPY, DAVID MICHAEL | 095332 | GLASPY & GLASPY<br>ONE WALNUT CREEK CENTER<br>100 PRINGLE AVE, SUITE 750<br>WALNUT CREEK, CA 94596<br>USA<br>(925) 947-1300 | CSK AUTO, INC. (DEFENDANT) |
| HAMBLETT, ROBERT MITCHELL | 111685 | HASSARD BONNINGTON LLP<br>TWO EMBARCADERO CTR., # 1800<br>SAN FRANCISCO, CA 94111<br>USA<br>(415) 288-9800 | SEQUOIA VENTURES INC. (DEFENDANT) |
| HUGO, EDWARD R | 124839 | BRYDON HUGO & PARKER<br>135 MAIN STREET, 20TH FLOOR<br>SAN FRANCISCO, CA 94105<br>USA<br>(415) 808-0300 | NATIONAL STEEL AND SHIPBUILDING COMPANY (DEFENDANT) |
| KELLY, DANIEL J. | 145088 | HAIGHT BROWN & BONESTEEL LLP<br>71 STEVENSON ST.<br>20TH FLR<br>SF, CA 94105-2981 | INTERNATIONAL TRUCK AND ENGINE CORPORATION (DEFENDANT) |

| Name | Bar # | Firm | Party |
|---|---|---|---|
| | | USA<br>(415) 546-7500 | |
| KUENSTER, JENNIFER A. | 104607 | THELEN REID BROWN RAYSMAN & STEINER LLP<br>101 SECOND STREET<br>SUITE 1800<br>SAN FRANCISCO, CA 94105<br>USA<br>(415) 371-1200 | DAIMERCHRYSLER COMPANY, LLC (DEFENDANT) |
| THOMAS, ANTHONY S. | 149284 | BOWMAN AND BROOKE LLP<br>879 WEST 190TH STREET<br>SUITE 700<br>GARDENA, CA 90248<br>USA<br>(310) 768-3068 | FORD MOTOR COMPANY (DEFENDANT)<br>GENERAL MOTORS CORPORATION (DEFENDANT) |
| TRAPANI THOMAS A | 100387 | ADAMS, NYE, SINUNU, BRUNI, BECHT LLP<br>222 KEARNY STREET<br>SEVENTH FLOOR<br>SAN FRANCISCO, CA 94108<br>USA<br>(415) 982-8955 | THORPE INSULATION COMPANY (DEFENDANT) |
| WALLACE, JOHN ROBERT | 085709 | JACKSON & WALLACE LLP<br>55 FRANCISCO STREET,<br>6TH FLOOR<br>SAN FRANCISCO, CA 94133<br>USA<br>(415) 982-6300 | GOODLOE E. MOORE, INCORPORATED (DEFENDANT) |

