UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM MATTHIS, JR.,

        Plaintiff(s),

v.

ASBESTOS DEFENDANTS (BP)

        Defendant(s).

No. C 07-2866 EDL

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 6/21/2007

Signature: [signature]

Counsel for PLAINTIFF
(Plaintiff, Defendant, or indicate "pro se")

PROOF OF SERVICE BY MAIL

I am employed in the County of Marin, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 222 Rush Landing Road, P.O. Box 6169, Novato, California 94948-6169.

On ___6/21___, 2007, I served the following document(s) described as:

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
**AND**
**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

on the interested party(ies) in this action as follows:

BUTY & CURLIANO LLP
BAE Systems
555 City Street
555 - 12th Floor, Suite 1280
Oakland, CA 94607

___ BY PERSONAL MAILING:

I deposited in the U.S. Mail at Novato, California, the above-described document(s), in a sealed envelope, with postage fully prepaid, addressed to the party(ies) as stated above.

___ BY OFFICE MAILING

I am readily familiar with this office's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service on that same day with postage thereon fully prepaid at Petaluma, California in the ordinary course of business. I placed in the outgoing office mail, the above-described document(s), in a sealed envelope, addressed to the party(ies) as stated above, for collection and processing for mailing the same day in accordance with ordinary office practices.

Executed ___6/21___, 2007, at Novato, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Claudia Cabral

William Matthis v. Asbestos Defendants (B✤P)
San Francisco Superior Court Case No. 274138

BRAYTON✤PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

1

PROOF OF SERVICE BY MAIL