ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
LLOYD F. LEROY, ESQ., S.B. #203502
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415)898-1247 Fax

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MATTHIS, JR., <br><br> Plaintiff, <br><br> vs. <br><br> ASBESTOS DEFENDANTS (B❖P), <br><br> Defendants. | No. 3:07-cv-02866-SC <br><br> **DECLARATION OF LLOYD F. LeROY IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND CASE TO CALIFORNIA SUPERIOR COURT AND FOR PAYMENT OF FEES AND COSTS** |

I, LLOYD F. LeROY, declare:

1. I am an attorney licensed to practice before all the Courts of the State of California and this court. I am a partner in the law firm of BRAYTON❖PURCELL, LLP, attorneys for plaintiff.

2. Attached at Exhibit A is a true and correct copy of the opinion of the court in *Pippins v.Asbestos Defendants*, No. C 00-1356 (N.D. Cal.2000)

3. Attached at Exhibit B is a true and correct copy of the opinion of the court in Groombridge v. Asbestos Defendants, No. 00-01654 (N.D. Cal. 2000)

\\\
\\\
\\\

1    I declare under penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct.
3    Executed this 28th day of June, 2007, in Novato, California

5      /s Lloyd F. LeRoy

DECLARATION OF LLOYD F. LeROY IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND CASE TO CALIFORNIA SUPERIOR COURTAND FOR PAYMENT OF FEES AND COSTS    -    2    3:07-cv-02866-SC