ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
LLOYD F. LEROY, ESQ., S.B. #203502
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415)898-1247 Fax

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MATTHIS, JR., ) | No. 3:07-cv-02866-SC |
| Plaintiff, ) | |
| vs. ) | **DECLARATION OF LLOYD F. LeROY IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND CASE TO CALIFORNIA SUPERIOR COURT AND FOR PAYMENT OF FEES AND COSTS** |
| ASBESTOS DEFENDANTS (B❖P), ) | |
| Defendants. ) | |

I, LLOYD F. LeROY, declare:

1. I am an attorney licensed to practice before all the Courts of the State of California and this court. I am a partner in the law firm of BRAYTON❖PURCELL, LLP, attorneys for plaintiff.

2. Attached at Exhibit A is a true and correct copy of the opinion of the court in *Pippins v.Asbestos Defendants*, No. C 00-1356 (N.D. Cal.2000)

3. Attached at Exhibit B is a true and correct copy of the opinion of the court in Groombridge v. Asbestos Defendants, No. 00-01654 (N.D. Cal. 2000)

\\\
\\\
\\\

K:\Atty\LFL\Matthis remand dec.wpd        1

1  I declare under penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct.
3   Executed this 29th day of June, 2007, in Novato, California
4
5   /s Lloyd F. LeRoy
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28