```
 1  MADELINE L. BUTY  [SBN 157186]
    BUTY & CURLIANO LLP
 2  555 City Center
    555 – 12th Street, Suite 1280
 3  Oakland, CA 94607
    Tel:  510.267.3000
 4  Fax: 510.267.0117
    E:    mlb@butycurliano.com
 5
    Attorneys for Defendant:
 6  BAE SYSTEMS SAN DIEGO SHIP REPAIR INC.
    [formerly known as SOUTHWEST MARINE, INC.]
 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MATTHIS, JR., | No.  C 07-02866 SC |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | Assigned to: Honorable Samuel Conti |
| ASBESTOS DEFENDANTS (B◊P), | |
| Defendants. | |

**SEE ATTACHED.**

1

BUTY & CURLIANO LLP
ATTORNEYS AT LAW
555 CITY CENTER
555 – 12TH STREET
SUITE 1280
OAKLAND CA 94607
510.267.3000

PROOF OF SERVICE

# PROOF OF SERVICE

Case: ***William Matthis, Jr. v. Asbestos Defendants***
San Francisco County Superior Court, Action No. 274138

I declare that:

I am employed in the County of Alameda, California. I am over the age of eighteen years and not a party to the within entitled cause; my business address is 555 – 12th Street, Suite 1280, Oakland, CA 94607.

On June 22, 2006, I caused to be served the attached

## SAN FRANCISCO SUPERIOR COURT:

1. BAE Systems San Diego Ship Repair Inc.'s Notice to State Court of Removal to United States District Court;
2. BAE Systems San Diego Ship Repair Inc.'s Notice to Adverse Party of Removal to United States District Court; and
3. Proof of Service.

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT:

1. BAE Systems San Diego Ship Repair Inc.'s Notice of Removal Under 28 USC Section 1442(a)(1);
2. BAE Systems San Diego Ship Repair Inc.'s Notice of Tag-Along Action [MDL 875];
3. Civil Case Cover Sheet;
4. Proof of Service;
5. Order Setting Initial Case Management Conference and ADR Deadlines (1 page;
6. Standing Order, Magistrate Judge Elizabeth D. Laporte (1 page);
7. Standing Order Re: Case Management Conference (1 page);
8. Standing Order for All Judges of the Northern District of California, Contents of Joint Case Management Statement (2 pages);
9. ECF Registration Information Handout (3 pages);
10. Notice of Assignment of Case to a United State Magistrate Judge for Trial (1 page);
11. Consent to Proceed Before a United States Magistrate Judge (blank, 1 page);
12. Declaration to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge (blank, 1 page);
13. "Welcome to the US District Court, San Francisco (3 pages); and
14. Proof of Service (of the aforementioned documents).

on the interested parties in said cause, by placing a true copy thereof enclosed in a sealed envelope addressed as follows and I caused delivery to be made by the mode of service indicated below:

## SEE ATTACHED LIST.

BUTY & CURLIANO LLP
ATTORNEYS AT LAW
383 – 4TH STREET
3RD FLOOR
OAKLAND CA 94607
510.267.3000

1

| | |
|---|---|
| _____ | (By Personal Service) by causing to be personally delivered a true copy thereof to the addressee above. |
| _____ | (By Facsimile Machine) on all plaintiffs in said action by transmitting a true and correct copy thereof from our office facsimile machine to the facsimile machine numbers shown in this proof of service and/or the attached list. Following transmission, a Transmission Report was received from our fax machine indicating that the transmission had been transmitted without error. |
| XX | (By Mail) on all parties in said action in accordance with Code of Civil Procedure Section 1013, by placing a true and correct copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth above, at Buty & Curliano LLP, which mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the County of Alameda. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 22, 2007, at Oakland, California.

*/s/ Robin Lokollo*
ROBIN LOKOLLO

BUTY & CURLIANO LLP
ATTORNEYS AT LAW
383 – 4TH STREET
3RD FLOOR
OAKLAND CA 94607
510.267-3000

# Service List

*This report was prepared on June 22, 2007 by Robin Lokollo.*

| Name | Telephone No. | Facsimile No. |
|---|---|---|
| Adams Nye Sinunu Bruni Becht LLP<br>222 Kearny Street<br>7th Floor<br>San Francisco, CA 94108 | (415) 982-8955 | (415) 982-2042 |
| Bassi Martini Edlin & Blum<br>351 California Street<br>Suite 200<br>San Francisco, CA 94104-2412 | (415) 397-9006 | (415) 397-1339 |
| Bowman & Brooke LLP<br>879 West 190th Street, Suite 700<br>Gardena, CA 90248 | (310) 768-3068 | (310) 719-1019 |
| Brayton Purcell<br>222 Rush Landing Road<br>P.O. Box 6169<br>Novato, CA 94948-6169 | (415) 898-1555 | (415) 898-1247 |
| Brydon Hugo & Parker<br>135 Main Street, 20th Floor<br>San Francisco, CA 94105 | (415) 808-0300 | (415) 808-0333 |
| Eskanos & Adler<br>2325 Clayton Road<br>Concord, CA 94520 | (925) 969.1900 | 925.969.1812 |
| Filice Brown Eassa & McLeod LLP<br>1999 Harrison Street<br>18th Floor<br>Oakland, CA 94612-3541 | (510) 444-3131 | (510) 839-7940 |
| Glaspy & Glaspy<br>100 Pringle Avenue<br>Suite 750<br>Walnut Creek, CA 94596 | (925) 947-1300 | (925) 947-1594 |
| Haight, Brown & Bonesteel (SF)<br>100 Bush Street<br>27th Floor<br>San Francisco, CA 94104 | (415) 986-7700 | (415) 986-6945 |
| Hassard Bonnington<br>Two Embarcadero Center<br>Suite 1800<br>San Francisco, CA 94111 | (415) 288-9800 | (415) 288-9801 |
| Jackson & Wallace (SF)<br>55 Francisco Street<br>Sixth Floor<br>San Francisco, CA 94133 | (415) 982-6300 | (415) 982-6700 |
| Pond North (SF)<br>505 Montgomery Street<br>13th Floor<br>San Francisco, CA 94111 | (415) 217-1240 | (415) 394-0484 |
| Sedgwick, Detert, Moran & Arnold (SF)<br>One Market Plaza<br>Steuart Tower, 8th Floor | (415) 781-7900 | (415) 781-2635 |

| | | |
|---|---|---|
| San Francisco, CA 94105 | | |
| Thelen Reid Brown Raysman & Steiner, LLP<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105 | (415) 371-1200 | (415) 644-6519 |
| Walsworth Franklin Bevins & McCall (Orange)<br>1 City Boulevard West<br>5th Floor<br>Orange, CA 92868-3604 | (714) 634-2522 | (714) 634-0686 |