1  ALAN R. BRAYTON, ESQ., S.B. #73685
   ROBYN L. STEIN, ESQ., S.B. #238015
2  BRAYTON✥PURCELL LLP
   ATTORNEYS AT LAW
3  222 Rush Landing Road
   Novato, California 94948-6169
4  (415) 898-1555
   (415) 8998-1247 Fax
5
   Attorneys for Plaintiffs
6

7

8                 UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 | WILLIAM MATTHIS, JR.,              ) No. 3:07-cv-02866-SC
                                        )
12 |         Plaintiff,                 ) STIPULATION AND ORDER OF
                                        ) DISMISSAL AND REMAND TO STATE
13 | vs.                                ) COURT
                                        )
14 | ASBESTOS DEFENDANTS (B✥P), et      )
   | al.,                               ) Date: August 17, 2007
15 |                                    ) Time: 10:00 am
   |         Defendants.                ) Courtroom One, 17th Floor
16 |_____    )
   | BAE SYSTEMS SAN DIEGO SHIP         )
17 | REPAIR INC.,                       )
                                        )
18 |         Removing Defendant.        )
                                        /
19

20        IT IS HEREBY STIPULATED by and between the parties to this action through their

21 designated counsel that:

22        1. This case was originally filed in the Superior Court of California for the County of

23 San Francisco.

24        2. Defendant BAE SYSTEMS SAN DIEGO SHIP REPAIR INC., filed its Notice of

25 Removal on June 1, 2007, claiming that this Court has subject-matter jurisdiction under 28

26 U.S.C. §1442(a)(1) and 1446.

27 ///

28 ///

---

K:\Injured\104205\USDC-Stip-Dismissal BAE.wpd         1
STIPULATION AND ORDER OF DISMISSAL AND REMAND TO STATE COURT; 3:07-cv-02866-SC

3. Defendant BAE SYSTEMS SAN DIEGO SHIP REPAIR INC., is dismissed from the above entitled action, pursuant to FRCP 41 (a)(2). This dismissal is with prejudice, each party to bear its own costs.

4. This dismissal applies to the named defendant BAE SYSTEMS SAN DIEGO SHIP REPAIR INC., and its alternate entities.

5. Because no basis currently exists for this court to exercise jurisdiction over this action, remand to the Superior Court of California for the County of San Francisco is appropriate.

Accordingly, the parties petition this court for an order dismissing defendant BAE SYSTEMS SAN DIEGO SHIP REPAIR INC. and its designated alternate entities from this action, with prejudice, and remanding the action to the Superior Court of California for the County of San Francisco.

STIPULATED.

Dated: 7/27/07

_____
Robyn L. Stein
BRAYTON❖PURCELL LLP
Attorneys for Plaintiff WILLIAM MATTHIS, JR.

STIPULATED.

Dated: 7/27/07

_____
Madeline L. Buty
BUTY & CURLIANO LLP
Attorneys for BAE SYSTEMS SAN DIEGO SHIP REPAIR INC.

**IT IS SO ORDERED.**

Dated: _____

_____
United States District Court Judge

C:\Documents and Settings\Robin\Local Settings\Temporary Internet Files\OLK1D6\USDC-Stip Dismissal BAE.wpd
STIPULATION AND ORDER OF DISMISSAL AND REMAND TO STATE COURT; 3:07-cv-02866-SC

PROOF OF SERVICE

I am employed in the County of Marin, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 222 Rush Landing Road, Novato, California 94948-6169.

On July 27, 2007, I served the attached:

**STIPULATION AND ORDER OF DISMISSAL AND REMAND TO STATE COURT**
**William Matthis, Jr., v. Asbestos Defendants (B❖P), et al.**
**USDC 3:07-cv-2866 SC**

on the interested parties in this action by transmitting a true copy thereof in a sealed envelope, and each envelope addressed as follows:

BAE SYSTEMS SAN DIEGO SHIP
REPAIR, INC.
Madeline L. Buty, SBN 157186
555 - 12th Street, Ste. 1280
Oakland, CA 94607
(510) 267-3000
(510) 267-0117

XXX    BY OFFICE MAILING: I am readily familiar with this office's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service on that same day with postage thereon fully prepaid at Novato, California in the ordinary course of business. I placed in the outgoing office mail, the above-described document(s), in a sealed envelope, addressed to the party(ies) as stated above, for collection and processing for mailing the same day in accordance with ordinary office practices.

Executed this **July 27, 2007** at Novato, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*/s/ Jane A. Ehni*
JANE A. EHNI

BRAYTON❖PURCELL
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
NOVATO, CALIFORNIA 94945
(415) 898-1555

G:\POS\MULTIP.WPD                                    1