**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

FILED
07 AUG 20 PM 1:49
RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ENDORSED
FILED
San Francisco County Superior Court

General Court Number
415.522.2000
AUG - 7 2007
GORDON PARK-LI, Clerk
BY _____
Deputy Clerk

July 31, 2007

Superior Court of California
City and County of San Francisco
400 McAllister
San Francisco, CA 94102

RE: <u>CV 07-02866 SC    WILLIAM MATTHIS JR-v-ASBESTOS DEFENDANTS</u>
      Your Case Number: <u>(CGC-07-274138)</u>

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

(x)   Certified copies of docket entries

(x)   Certified copies of Remand Order

(x)   Other (E-Filing Case)

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Alfred Amistoso
Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5 Rev. 7/92
u mrg civil remand mrg